Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Central District of California



Western Division

Moorish Science Temple of America, Taylor Family Trust, Khali Healih Bey™©, Kimberly Pacquel Grant™©, Ay'on Zy're Taylor™©, Roijaih Pietshem Taylor Bey™©, Leila Amoor Taylor™©, Paris Myette Cassie Sims™©, Faniyah Naomi Campbell™©, Aaniyah Makeela Mychelle Grant™©

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* Leshawn Yarbrough, Jocelline Peña, Michel Haar, Sabrina Hatton, Imie Davis, Victor Eisenberg, Alex Villanoeva, Monique Fisher, Sheri Carter, M. Vega, Jackiy Lacey, Alex Padilla LOS ANGELES COUNTY, DCFS, LAPD et al.

-v-

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 2:20cv9378-CAS-KES

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Moorish Science Temple of America

Address — ℅ 3023.9 Western Ave cfc

Los Angeles          CA          90018-3474
*City*               *State*     *Zip Code*

County — Los Angeles

Telephone Number — (213) 948-7016

E-Mail Address — noblekhali7@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name — Sabina Helton   (Judge) et al

Job or Title *(if known)* — Judge

Address — Edmund B Edelman Childrens Court 201 Centre Plaza Dr

Monterey Park          CA          91754
*City*                 *State*     *Zip Code*

County — Los Angeles

Telephone Number —

E-Mail Address *(if known)* —

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

Name — Michel Moore   et al

Job or Title *(if known)* — Chief of Police

Address — 100 W. 1st St

Los Angeles          CA          90012
*City*               *State*     *Zip Code*

County — Los Angeles

Telephone Number —

E-Mail Address *(if known)* —

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

>      **Defendant No. 3**
>      Name
>      Job or Title *(if known)*
>      Address

Jaceline Pena    et al
DCFS Agent
425 Shatto Pl
Los Angeles          CA          90020
*City*              *State*      *Zip Code*

>      County
>      Telephone Number
>      E-Mail Address *(if known)*

Los Angeles

[ ] Individual capacity    [✓] Official capacity

>      **Defendant No. 4**
>      Name
>      Job or Title *(if known)*
>      Address

Leshawn Yarbrough    et al.
DCFS Agent
425 Shatto Pl
Los Angeles          CA          90020
*City*              *State*      *Zip Code*

>      County
>      Telephone Number
>      E-Mail Address *(if known)*

Los Angeles

[ ] Individual capacity    [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

18 USC Ch. 41 Extortions and Threats, 18 USC Title 18 Crimes and Criminal Procedure, 18 US Chapter 77 Peonage, Slavery, and Trafficking in Persons, 18 USC 241 The conspiracy against civil rights, 18 US Code § 247 Damage to Religous Property, destruction of persons in the face of exercise of religous beliefs, 18 USC Ch. 115 Treason, Sedition and Subversive, 18 US Code § 1201 kidnapping, 17 US code Title 17 copyrights, Articles of Confederation, Article II, Sec 2 of the Constitution

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Moorish Science Temple of America C/o 30235 Western Ave OR Los Angeles, California 90018

B.    What date and approximate time did the events giving rise to your claim(s) occur?

October 15, 2019

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
LAPD, DCFS have been harrassing me for months. They (LAPD) falsely arrested me and my wife and kidnapped us 3 times since the harrassing started. LAPD also falsely arrested Temple members and neighbors of the building. They illegally kidnapped my children during the Covid-19 Pandemic on May 2nd and pointed guns at my wife, children and Temple members. LAPD gangstalked me, harrassed and kidnapped me, beat me while I was in the Jail and made comments on my Family name. Since October LAPD has trespassed into my domicile 3 times, on the 2nd time battle ramming my door, damaging private property and all 3 times LAPD came with false warrants and had no jurisdiction to do so.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My wife & I sustained injuries to our wrists due to the handcuffs being so tight, my wife and I were also beat in jail sustaining bruises to our legs, arms and back and my wife got her finger dislocated. see attachment

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

see Attachment

Return of Trust Property a.k.a. my children immediately, I demand the minisible bonds for the case for my children to use throughout their lifetime. I also demand an indefinite protection order for my whole family and I demand $800,000,000.00 from Los Angeles County, LAPD and DCFS. A lein Pendance has been filed and anyone who was involved will be devested and bonds liquidated

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/01/2020

Signature of Plaintiff      ™ Bey Khali Malk Ⓒ   Private attorney general in fact
Printed Name of Plaintiff   ™ KHALI MALIK BEYⒸ

### B.   For Attorneys

Date of signing:    _____

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
                           _____
                           City          State      Zip Code
Telephone Number           _____
E-mail Address             _____

Form **56**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship
(Internal Revenue Code Sections 6036 and 6903)
▶ Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

### Part I   Identification

Name of person for whom you are acting (as shown on the tax return)
TM Timothy Christopher Taylor ©

Identifying number
82 6256 092

Decedent's social security no.
306 786 754

Address of person for whom you are acting (number, street, and room or suite no.)
℅ 4001 Wilshire Blvd FL22

City or town, state, and ZIP code (If a foreign address, see instructions.)
Los Angeles, California [90010-9999] General Delivery

Fiduciary's name
Kiry Gray clerk of Court

Address of fiduciary (number, street, and room or suite no.)
350 W 1st Street, Suite 4311

City or town, state, and ZIP code
Los ANGELES, CA 90012

Telephone number (optional)
( )

### Section A. Authority

1   Authority for fiduciary relationship. Check applicable box: Expedite this matter file a protection order for my Family,
a   ☐ Court appointment of testate estate (valid will exists) return my children and liquidate any party that is
b   ☐ Court appointment of intestate estate (no valid will exists) liable for debt.
c   ☐ Court appointment as guardian or conservator       Issued pursuant to CHXIV. State of Sept. 15. 1789
d   ☐ Fiduciary of intestate estate                      1 Stat. 68-69 ; 22 USC 2657, 22 USC 2651a; 5
e   ☒ Valid trust instrument and amendments              USC 301; 28 USC 1733 ot. seg. 8 USC 1443(f)
f   ☒ Bankruptcy or assignment for the benefit or creditors  RULE 44 Federal Rules of Civil Procedure.
g   ☒ Other. Describe ▶ _____
2a   If box 1a, 1b, or 1d is checked, enter the date of death ▶ _____
b   If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ _____

### Section B. Nature of Liability and Tax Notices

3   Type of taxes (check all that apply): ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
    ☐ Excise   ☒ Other (describe) ▶ All those listed persuant to Title 31 USC 321

4   Federal tax form number (check all that apply): a ☐ 706 series   b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
    e ☐ 1040 or 1040-SR   f ☐ 1041   g ☐ 1120   h ☐ Other (list) ▶ 1099a 1099c and all other forms needed

5   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . ▶ ☐
    and list the specific years or periods ▶ _____

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.          Cat. No. 16375I          Form **56** (Rev. 12-2019)



Form 56 (Rev. 12-2019)

Page **2**

**Part II**   **Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

**6**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:

**a** ☐ Court order revoking fiduciary authority

**b** ☐ Certificate of dissolution or termination of a business entity

**c** ☐ Other. Describe ▶ -------------------------------------------------

### Section B—Partial Revocation

**7a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ▶ ☐

**b**   Specify to whom granted, date, and address, including ZIP code.

▶ -------------------------------------------------

### Section C—Substitute Fiduciary

**8**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐

▶ *Bailor is to arrest any party involved and return my children to me also with Checks for each child bond*

**Part III**   **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | |
|---|---|---|---|
| Address of court | | Docket number of proceeding | |
| City or town, state, and ZIP code | Date | Time  ☐ a.m.  ☐ p.m. | Place of other proceedings |

**Part IV**   **Signature**

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ *Tm Bey Rhel. Mehdi* ©

Fiduciary's signature

*Exentor Agent in fact*

Title, if applicable

*10/03/2020*

Date

Form **56** (Rev. 12-2019)



**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

Los Angeles County Registrar-Recorder/County Clerk

STATE OF CALIFORNIA     )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

___04th___ day of ___**February**___ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____
MIGUEL MACIAS, Deputy County Clerk

BRF03-3/3/2009

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, _ᵀᴹ KHALI MALIK BEY©_____ [name of
custodian of original document], hereby swear (or affirm) that the attached reproduction
of _Authenticated OHIO Charter_____ [description of original document] is a
true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the
truthfulness, accuracy, and validity of the forgoing statement.

_ᵀᴹKHALI MALIK BEY©_____     _02/04/2020_____
Custodian's Signature                              Date

Custodian's Address: _3023 S Western Avenue OfC Los Angeles California 90018-3474_

> A notary public or other officer completing this certificate verifies only the identity of the
> individual who signed the document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF _Los. Angeles_

Subscribed and sworn to (or affirmed) before me on _February  4_ , 20_22_ , by
_Khali Malik Bey_____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

GLORIA GONZALEZ
COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024
(seal)

_____
Signature

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF THE SECRETARY OF STATE

I, Frank LaRose, do hereby certify that I am the duly elected, qualified and present acting Secretary of State for the State of Ohio, and as such have custody of the records of Ohio and Foreign business entities; that said records show a Trade Name Registration for TIMOTHY CHRISTOPHER TAYLOR , Registration Number 4337642, filed in this office on May 16, 2019, filed by Moorish Science Temple Of America, 3023 S Western Avenue Apt 218, Los Angeles, CA 90018, under section 1329.01 of the Ohio Revised Code, and is currently in FULL FORCE AND EFFECT upon the records of this office.

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 11th day of December, A.D. 2019.





**Ohio Secretary of State**

United States of America

State of Ohio

Office of the Secretary of State

I, *FRANK LAROSE*, Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that          FRANK LAROSE

term of office began January 2019 and he will serve in that capacity for a term of four years.

This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this 18th day of December,      2019.



**Frank LaRose**
*Secretary of State*

SEC4000 (Rev. 1/11)

C 101814

**Complaint Referral Form**
**Internet Crime Complaint Center**

## Victim Information

**Name:** Bey Khali
**Are you reporting on behalf of a business?** Yes
**Business Name:** Moorish Science Temple of America
**Is the incident currently impacting business operations?** Yes
**Age:** 30 - 39
**Address:** 3023 s western avenue ofc
**Address (continued):**
**Suite/Apt./Mail Stop:** 218
**City:** Los Angeles
**County:** Los Angeles
**Country:** United States of America
**State:** California
**Zip Code/Route:** 90018-3474
**Phone Number:** 2139487016
**Email Address:** noblekhali7@gmail.com
**Business IT POC, if applicable:**
**Other Business POC, if applicable:**

## Financial Transaction(s)

**Transaction Type:** Other
**If other, please specify:** Court cooking the books
**Transaction Amount:** $180000
**Transaction Date:** 05/06/2020
**Was the money sent?** No

**Victim Bank Name:**
**Victim Bank Address:**
**Victim Bank Address (continued):**
**Victim Bank Suite/Mail Stop:**
**Victim Bank City:**
**Victim Bank Country:** [None]
**Victim Bank State** [None]
**Victim Bank Zip Code/Route:**
**Victim Name on Account:**
**Victim Account Number:**

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

Name: Micheal moore
Business Name: Lapd
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
Country: [None]
State: [None]
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

Yes I have multiple witnesses over 50

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Hello Ms. Gant,

I am a Dependency Investigator assigned to your case.  I have attempted to contact you via telephone on several occasions in order to schedule an interview with you and your children for your upcoming hearing on 4/27/2020.   In addition, please be aware that there is an active removal warrant for your children, Paris, Kayniah, Ky'on, Laila, and Ra'Jaih.

Feel free to contact me at the numbers below or via email to schedule an interview.

Thank you,

cid:image001.png@01D500E1.8DE40430

Jane Davis, CSW III

Dependency Investigator
Hawthorne Office
11539 Hawthorne Blvd
Hawthorne, CA 90250

Phone: 310-263-2119

☑ Check here if this an update to a previously filed complaint:

**Who Filed the Complaint**

Were you the victim in the incident described above? Yes

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Bey Khali

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*

Recipient Bank Name:
Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country: [None]
Recipient Bank State [None]
Recipient Bank Zip Code/Route:
Recipient Name on Account:
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

I am a dignitary and a uS National and my family has been kidnapped I have a form 56 on Christopher Wray to protect me and to get my offsprings back to me immediately. There names are Kyon Zyire Taylor age 3,Laila Amoor Taylor age 2, rajaih Rezhem Taylor Bey age 10 months , Paris Simms age 13, Aaniyjah Gant age 11, Kaniyah Campbell age 9, everything is file on a ucc and as a secured party everything will be 86 and liquidation is a must they have copyright infringement protected by title 17 and your agency your are bound by your oath. I demand to you mount up and go get and return my private property held in trust the Queen will here about all this disrespect I wear the black fez and my flag is raised in Philadelphia Trump will get a call on the matter. I have my own FBI agent and he failed to serve and protect so he fired for not living by the fathers oath hjr1242 and my family have been baptized by the order of melchizedek and we are protected by the blood of Christ and as the heavens get closer to earth I pray for their trespasses as the father forgive me of mine. I have filed reports in every department on all levels of commerce and still nobody answered the call but the father and he will make a way for it is his will that will be done. Trump said liberate and just like Moses I say let my people go pharaoh. You have until the end of day to return my children back to me or I'm leaning every agency who I contracted with and didn't act on they are liabilities and no insurance agency will pay for all this wrong doing done to the fathers people with is conspiring under Title 18. My family is on the do not detain do not stop so how in today's world we live in that we tell get stopped and harassed and detained it make no sense but the father has a plan out with old in with the new everyone better get like baby and be pure for you the one who will be judged by the most high God. My wife and I have been mistreated beaten for protecting our unalienable rights and our offsprings and that will never happen again guns was brought in my temple during Ramadan and creating post traumatic stress on my offsprings I can no longer tolerate anymore disrespect coming from any agent or agency the same ones who recognized the UNITED STATES CORPORATION in 1776 is the same ones who need to be protected and congress make amendments on this very matter making it a hate crime disrespecting a National they kidnapped and human traffic the wrong individuals family and this time they will truly pay for all the wrong doing. I am Grand Sheik Noble Khali Malik Bey Dignitary postmaster power attorney General and with the order of melchizedek. The peace will no longer breached forever Moor 667

Which of the following were used in this incident? (Check all that apply.)

☑ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other     Please specify: 15 usc 1692j

**FILED**
LOS ANGELES SUPERIOR COURT
04/30/2020
SHERRI R. CARTER
EXECUTIVE OFFICER/CLERK OF COURT
BY: _____ M. Vega _____ , DEPUTY

# Application for Investigative Search Warrant

Child Abuse Investigation SW No. 35311
STATE OF CALIFORNIA - COUNTY OF LOS ANGELES
SEARCH WARRANT AND PROTECTIVE SERVICES WARRANT

Department of Children and Family Services social worker Chemberly Comins being sworn, states that the information contained within the search warrant and affidavit and the attached and incorporated statement of cause are true, and that, pursuant to *Welfare and Institutions Code* §§ 328, 16501(f) and 16504, and California Department of Social Services regulation MPP 31-101, an in-person investigative response is required to determine if the children described within *Welfare and Institutions Code* § 300 and in need of being taken into protective custody pursuant to *Welfare and Institutions Code* §§ 305 and 306.

Furthermore, Chemberly Comins states that she has probable cause to believe that the children stated herein will be found at the location set forth hereto and that there is probable cause to believe that evidence of child abuse and neglect will be found where the children are now located or the area to be searched.

Moreover, this warrant procedure is authorized pursuant to *Wallis v. Spencer* 202 F.3d 1126 and *Rogers v. County of San Joaquin* 487 F.3d 1288.

**WHEREFORE, the affiant requests:**

1. **Hobbs Sealing requested:** Yes ☐ No ☒

2. **Night Search requested:** Yes ☐ No ☒

3. A search warrant issue for the residence at 3023 S Western Ave., #218, Los Angeles, CA 90018, directing any peace officer to search the residence to locate the subject child(ren) (state name, and DOB/age if known):

  - *Paris Sims (age 13; DOB: 10/6/06),*
  - *Kaniyah Campbell (age 9; DOB: 8/14/10),*
  - *Ky'on Taylor (age 3; DOB: 8/30/16),*
  - *Laila Taylor (age 2; DOB: 9/5/17), and*
  - *Ra'Jaih Bey (age 10 months; DOB: 6/27/19),*        Title of Nobility

  Ignorantia Juris non excusat

and any other children residing at the location who are potential victims of abuse or neglect.

4. That social workers and law enforcement be given access to the subject children referenced above and/or the home environment to be able to assess whether said subject children and any other children located at the residence should be taken into protective custody under Sections 305 or 306 of the *Welfare and Institutions Code.*

5. **Medical and/or Sexual Abuse Examination Pursuant to** *IVIC* § 324.5 and/or *PC* § 13823.11:
No ☐ Yes ☒ There is reasonable cause to believe that the child(ren) suffered from physical abuse or sexual abuse.
  ☐ Mother ☐ Father ☐ Legal Guardian will be invited to be present for the exam.
  ☐ Mother ☐ Father ☐ Legal Guardian should be on premises but not in the exam room.
  ☒ Mother ☒ Father ☐ Legal Guardian should not be on the premises nor have any contact with the child(ren) during the exam.

6. **Other Request:**

I certify that the foregoing is true and correct under penalty of perjury under the laws of the State of California, executed in Los Angeles, California on April ____ , 2020.

Chemberly Comins, Children's Social Worker

CHS 1603507.11

child is now located, a forcible entry to execute this warrant (pursuant to *Penal Code* §§ 1531 and/or 844) is authorized if the owner or occupant refuses entry.

8. Based upon the facts contained in the affidavit in support of the warrant, you are specifically authorized to execute this warrant without the presence of the owner or occupant.

9. Based upon my finding that immediate execution is reasonably necessary under the circumstances shown, you may execute this warrant without delay. This warrant and incorporated affidavit was sworn to and subscribed before me this 30th day of April, 2020.

10. This search warrant shall be executed within 10 days after date of issuance, meaning it shall be effective until May 10 ____ 11:59 pm and shall expire at 12:00 am midnight the following day, and shall be returned to me prior to its expiration. After expiration, this warrant is void.

11. Other order:

**WHEREFORE, I find probable cause for issuance of the search warrant and do so issue it:**

1. A search warrant for the residence described in the attached and incorporated description page, directing any peace officer to search the residence for evidence of abuse/neglect and to locate the child(ren) described in the attached and incorporated description page at the location stated herein and described in the attached and incorporated description page.

2. Forcible entry to execute this warrant  Petitioner's agency and/or law enforcement is authorized to enter the subject location pursuant to Penal Code §§ 844 and/or 1531.

3. Medical and/or Sexual Abuse Examination Pursuant to *WIC* § 324.5 and/or *PC* § 13823.11

☒ No  [ ] Yes  Due to allegations that the child(ren) suffered physical abuse or sexual abuse.

☐ Mother ☐ Father ☐ Legal Guardian will be invited to be present for the exam.

☐ Mother ☐ Father ☐ Legal Guardian should be on premises but not in the exam room.

☐ Mother ☐ Father ☐ Legal Guardian should not be on the premises nor have any contact      with      the child(ren) during the exam.

The results, medical records, medical reports, x-rays, photographs, medical notes, diagnosis, medical opinion, and other documentation and information concerning the medical and/or sexual abuse examination performed on the child(ren) referenced above shall be released to DCFS forthwith, and may be discussed with DCFS.

4. Night Search approved: [ ] Yes ☒ No

Good cause for night service of this warrant having been established in the supporting affidavit, this warrant may be executed at any hour of the day or night.

5. Hobbs Sealing approved: [ ] Yes No ☒

_Viannonte_

Judge of the Superior Court

No wet ink
Title is USC 1692J

No real. seal
Title 18 USC §371

CHS 16035071 3

*Emper or*
*mission of TITLE*
*TITLE 15 USC*
*Violation of TITLE 18*
*Copyright infringement TITLE 18*
*Section 242, §2381, §2331, §5*
*TITLE 15 commerce and Trade*
*They are cooking the books*

FILED
LOS ANGELES SUPERIOR COURT
04/30/2020
SHERRI R. CARTER
EXECUTIVE OFFICER/CLERK OF COURT
BY:_____ M. Vega _____, DEPUTY

# Investigative Search Warrant

Child Abuse Investigation  SW No. 35311

## PROTECTIVE CUSTODY AND SEARCH WARRANT

### THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER OF THE COUNTY OF LOS ANGELES AND IN THE STATE OF CALIFORNIA

Proof by affidavit having been made before me by Department of Children and Family Services Social Worker Chemberly Comins that there is probable cause to believe that, pursuant to *Welfare and Institutions Code* §§ 328, 16501(f) and 16504, and California Department of Social Services regulation MPP 31-101, an in-person investigative response is required to determine if the child(ren) is described within *Welfare and Institutions Code* § 300 and in need of being taken into protective custody pursuant to *Welfare and Institutions Code* §§ 305 and 306, and that the child(ren) stated herein will be found at the location set forth hereto and that evidence of child abuse and neglect will be found where the child(ren) is now located or the area to be searched.

Moreover, this warrant procedure is authorized pursuant to *Wallis v. Spencer* 202 F.3d 1126 and *Rogers v. County of San Joaquin* 487 F.3d 1288.

## YOU ARE THEREFORE COMMANDED TO SEARCH:

The location:  See attached and incorporated description page:

## FOR THE FOLLOWING PROPERTY/PERSON:

You are to enter the premises described in the attached and incorporated description page, and inspect the premises for the child(ren) in the attached and incorporated description page:

1.  **Interview and Limited Body Inspection:** You, or a social worker designated by law enforcement, may question the child(ren) described in the attached and incorporated description page, and any other children located at the premises outside the presence of their parents, guardian and caregivers and conduct a limited physical examination of the child(ren) described in the attached and incorporated description page, which may not exceed adjusting clothing to determine if the child has visible marks indicating injury.

You, or a social worker designated by law enforcement, may separate all of the people located at the premises and interview each person separate and apart from the other people located at the premises, provided the interview takes place in and around the location being searched.

2.  You are to inspect all rooms, attics, basements, and other parts therein, any storage rooms, storage areas, service porches, bathrooms, cooking facilities, refrigerator units, cupboards, pantries, clothes containers, cabinets, closets, file cabinets, tool boxes, luggage pieces, safes, dressers, and trash receptacles of any kind located at the premises described in the attached and incorporated description page where the subject child described in the attached and incorporated description page may be hiding or concealed, or where there may be evidence of abuse or neglect.

3.  You may photograph all minors and areas inspected.

4.  You are to deliver to an appropriate custodian any child taken into protective custody and notify me forthwith.

5.  You are to deliver to me forthwith an accounting of any items of evidence seized and any photographs taken during your inspection

6.  **Medical and/or Sexual Abuse Examination Pursuant to *WIC* § 324.5 and/or *PC* § 13823.11:** If after being taken into protective custody, it is determined by a peace officer or children's social worker that the child(ren) suffered from physical or sexual abuse or were at risk of suffering physical or sexual abuse, pursuant to *Welfare and Institutions Code* § 324.5(a) and/or *Penal Code* § 13823.11(c)(5), you may consult with a medical practitioner, who has specialized training in detecting and treating child abuse injuries and neglect, to determine whether a physical examination of the child is appropriate. If deemed appropriate by the medical practitioner, you shall cause the child to undergo a physical examination performed by a medical practitioner who has specialized training in detecting and treating child abuse injuries and neglect, and, whenever possible, shall ensure that this examination take place within 72 hours of the time the child was taken into protective custody.

7.  Based upon my findings of probable cause that the child will be found at the location to be searched, that the child is described by *Welfare and Institutions Code* § 300, and that evidence of child abuse and neglect will be found where the

CHS 1603507 12

**PRISONER'S RECEIPT**

| BOOKING NO. | U.O. | LOC.BKD. | DR. LIC. NO. | | STATE | MT |
|---|---|---|---|---|---|---|
| 5924712 | | 4212 | Y5294556 | | CA | N |

| ARRESTEE'S LAST NAME | FIRST | MIDDLE | SUF. |
|---|---|---|---|
| GANT | KIMBERLY | ROCQUEL | |

JAIL PHONE INSTRUCTIONS
»From any jail phone, pick up handset and use PIN below. Don't share PIN
»After your 4 free calls, if no one has deposited funds for you,
the call recipient will be asked to pay for the call.
PHONE PIN: 192 639 344   DEPOSIT ID: 222 310 853
DEPOSITS: gettingout.com or 1(866)516-0115

| | PROB. INV. UNIT | JUV. DETAINED AT | AD. CHG. |
|---|---|---|---|
| | 03 | | Y |

| DIVISION | DETAIL ARRESTING | DATE ARRESTED | TIME ARR. | TIME BKD. |
|---|---|---|---|---|
| 4203 | A | 050220 | 1045 | 1402 |

| LOCATION OF ARREST | | BAIL | 40000 |
|---|---|---|---|
| 3023 S WESTERN | AV | TOTAL BAIL | 100000 |

| TYP. | CHARGE & CODE | DEFINITION | WARRANT NO. |
|---|---|---|---|
| F | 278PC | CHILD STEALING | |

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)    M19CCJP07865A 339WI    100000

| ARRAIGN. DATE | TIME | COURT |
|---|---|---|
| | | |

EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE

| | HAS HEPATITIS | HAS V.D. | HAS OR EVER HAD T.B. | OTHER | SPECIAL MEDICAL PROBLEMS |
|---|---|---|---|---|---|
| | N | N | N | N | SEE MT |

| ARRESTING OFFICER | SERIAL NO. | SERIAL # OFCR. CHECKING CWWS | BOOKING EMPLOYEE | SERIAL NO. | PROP. BAG # | RETAINED | CASH | DEPOSITED |
|---|---|---|---|---|---|---|---|---|
| SLAVINSKY | 37411 | 36061 | DONAT | N6204 | 04180462 | $ NONE | | $ 35.00 |

| SEARCHING OFFICER | SERIAL NO. | 2ND ARR. OFCR. | TRANSPORTING OFFICER | SERIAL NO. | EC/IR READING | SUPV. APPROVING BKG SER # 27367 |
|---|---|---|---|---|---|---|
| STEVENS | 42327 | 2NDARR 44262 | ROSIN | 36061 | | BLOCKER |

PROPERTY

MISC PPRS2PHNS MISC CCRDS KYS ON RNG INC#2(0502001332 PIN#192639344

---

**PRISONER'S RECEIPT**

| BOOKING NO. | U.O. | LOC.BKD. | DR. LIC. NO. | | STATE | MT |
|---|---|---|---|---|---|---|
| 5924723 | | 4212 | Y4711388 | | CA | N |

| ARRESTEE'S LAST NAME | FIRST | MIDDLE | SUF. |
|---|---|---|---|
| TAYLOR | TIMOTHY | CHRISTOPH | |

| | PROB. INV. UNIT | JUV. DETAINED AT | AD. CHG. |
|---|---|---|---|
| | 03 | | N |

| DIVISION | DETAIL ARRESTING | DATE ARRESTED | TIME ARR. | TIME BKD. |
|---|---|---|---|---|
| 4203 | A | 050220 | 1020 | 1444 |

| LOCATION OF ARREST | | BAIL | 40000 |
|---|---|---|---|
| 3032 S WESTERN | AV | TOTAL BAIL | 40000 |

| TYP. | CHARGE & CODE | DEFINITION | WARRANT NO. |
|---|---|---|---|
| F | 278PC | CHILD STEALING | |

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)

| ARRAIGN. DATE | TIME | COURT |
|---|---|---|
| | | |

EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE
N/A

| | HAS HEPATITIS | HAS V.D. | HAS OR EVER HAD T.B. | OTHER | SPECIAL MEDICAL PROBLEMS |
|---|---|---|---|---|---|
| | N | N | N | N | NONE |











**Los Angeles County Registrar-Recorder/County Clerk**

DEAN C. LOGAN
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA       )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA  GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

_____**03rd**_____ day of _____**February**_____ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CATRICE DANIELS, Deputy County Clerk

BRF03-3/3/2009



COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, ___TM KHALI MALIK BEY©_____ [name of
custodian of original document], hereby swear (or affirm) that the attached reproduction
of _FEE SCHEDULE AND REMEDY__ [description of original document] is a
true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the
truthfulness, accuracy, and validity of the forgoing statement.

___TM KHALI MALIK BEY©_____          ___02/03/2020_____
Custodian's Signature                              Date

Custodian's Address: 3023 S Western Avenue ofc Los Angeles California 90018-3474

---

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA
COUNTY OF _Los Angeles_

Subscribed and sworn to (or affirmed) before me on _February 3_, 2020, by
_Khali Malik Bey_____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

GLORIA GONZALEZ
COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024

(seal)                                               _[signature]_
                                                       Signature

Copy Certification By Document Custodian - California (2015)

RE 322 078 535 US

www.getnotice.info/tct.html

## Affidavit
## Notice of Liability Regarding Trespass
## Fee Schedule and Remedy

### Acknowledgment
### In the Nature of Supplemental Rules
### for Administrative and Maritime Claims Rules C (6)
#### for Personal Protection From
#### Federal/State/County/City/Municipal/Corporation Employees/Agents/Individuals

**Notice to Agent is Notice to Principal.**
**Notice to Principal is Notice to Agent.**
**Notice to Individual, Natural Living Soul is Notice to All Human Beings.**
**Notice to All Human Beings is Notice to Individual, Natural Living Soul.**

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."
--- In re McCowan (1917), 177 C. 93, 170

**Public Law § 97-280 acknowledges the Holy Bible as the Word of God.**

**Silence is Aquiesence, Agreement, and Dishonour**
**This is a Self-Executing Contract.**

Notice

**Daniel Chapter 4 verse 17 (K.J.V.)**
"17 This matter is by the decree of the watchers and the demand by the word of the Holy ones: to the intent that the living may know that the most High ruleth in the kingdom of men and giveth it to whomsoever He will and setteth up over it the basest of men."

Before Me, the undersigned Notary, _Timothy C. Taylor_ , on this day **13** of **Jan.,** 2019, personally appeared Timothy-Christopher: Taylor©, known to me to be credible person and of lawful age, who being duly sworn by me affirms, deposes, and says:

I, Timothy Christopher of the family Taylor, as a natural person / a People on the state known as California , are hereby, as a gesture of peace, giving proper notice to the ILLINOIS and to the UNITED STATES corporation and to all municipal, county, and city corporations, and all other STATE CORPORATIONS, agents, employees, and all other individuals of the following:

As a peaceful, natural person, man and woman desiring to avoid conflict and to live lawfully with all of our freedoms, we are providing you with this Affidavit of Notice of Liability regarding Trespass **Fee Schedule and Remedy for personal protection from Federal / State / County / City / Municipal / Corporation employees** as a courtesy to you and as a remedy should you decide to trespass upon me or other members of my Family. Failure to know or disobey any of your thousands of corporate regulations, statutes, or codes does not constitute a crime absent a victim or damaged property or fraud - no corpus delecti.

>"In every prosecution for crime it is necessary to establish the 'corpus delecti', i.e., the body or elements of the crime." People v. Lopez. The corpus delecti consists of two elements, namely, 1) the injury of loss or harm; and 2) a criminal agency causing them to exist. People v. Frey"

Please note that this self-defense **Notice of Fee Schedule and Remedy for personal protection from Federal/State/County/City/Municipal/Corporation employees** is just per Trezevant v. City of Tampa,741 F2d 336 (11th Cir. 1984) Motorist was illegally held for 23 minutes on a traffic charge and was awarded $25,000 in damages. This sets the foundation for $1,086.00 per minute / $1,800,000.00 per day. When an individual is detained without a signed lawful 4th amendment warrant and without having committed a crime (Traffic

Affidavit of Fee Schedule **(Page 1 | 17**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.



20. **For every direct order given to the Sovereign Beneficiary by a magistrate, a judge, or any so-called government official or agent: $5,000,000.00** (five million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per person per violation.

21. **For every Unlawful Arrest, Illegal Arrest, or Restraint or Distraint, or Trespassing/Trespass without a lawful, correct, complete, and original 4th amendment warrant with a wet ink signature: $2,000,000.00** (two million) plus additional damages pursuant to Trezevant v. CITY OF TAMPA, 741 F2d 336 (11th Cir. 1984) ___ and 100 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per person per violation.

22. **For every Excessive Bail, Fraudulent Bonds, Fraudulent Warrants, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Freedom of Speech, Conspiracy, Aid and Abetting, Racketeering, and/or Abuse of Authority** as per Title 18 U.S.C.A. § 241 and 242 or definitions contained herein for encroachment: **$2,000,000.00 (two million)** and 100 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

23. **For every Assault or Assault and Battery without Weapon: $2,000,000.00** (two million) and 100 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

24. **For every Assault and Battery with Weapon: $3,000,000.00** (three million) and 100 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

25. **For all Unfounded Accusations by an Officer of the Court, Police Officer, or Officers of the Sheriff's Department and State Troopers: $2,000,000.00** (two million) and 100 acres of government, state, county, or city land, per occurrence, per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

26. **For all Unlawful Detention or Incarceration: $2,000,000.00** (two million) per day and 100 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

27. **For every Incarceration for Civil or Criminal Contempt of court without lawful and valid reason: $2,000,000.00** (two million) per day and 100 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

28. **For being Disrespected by a Judge or Officer of the Court: $2,000,000.00** (two million) and 100 acres of government, state, county, or city land per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

29. **For every Threat, Coercion, Deception, or Attempted Deception by any officer of the court: $2,000,000.00** (two million) and 100 acres of government, state, county, or city land per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

30. **For every Unnecessary Restraint: $2,000,000.00** (two million) and 100 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

31. **For each Refusal of Lawful Bailment as Provided by the aforementioned Constitution and/or Honorable "Bill of Rights": $2,000,000.00** (two million) per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation to be prorated by the hour as per *Trafficant vs. Florida*, per occurrence per officer and/or agent involved and 100 acres of government, state, county, or city land.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

infractions are NOT crimes.), the detention is a false arrest and unlawful imprisonment.

**WHEREAS** this is a formal and lawful Notice of Fee Schedule and Remedy that is established for the Timothy-Christopher: Taylor family members to include Khali-Malik Bey©™ that are lawful and unlawful matters relating to the Office of the Executor.

**Written permission is required for the express use of my LEGAL NAME, and I do not authorize its use by you or your AGENTS / third parties.**

Attorney fees and other remedies not listed in this fee schedule are determined under special circumstances and submitted via certified mail with return receipt to all parties involved.

1. **For every unlawful solicited / unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply: $2,000,000.00** (two million) **per offense** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

2. **For every offense committed against entities, TIMOTHY CHRISTOPHER TAYLOR©™, TAYLOR, TIMOTHY CHRISTOPHER , TIMOTHY C. Taylor, TIMOTHY TAYLOR,** and any and all derivations thereof on any document which is in any way associated with me, the living soul, Timothy-Christopher: Taylor©™, shall, by such document acting as *prima facie* evidence of violation, **become liable for penalties of $300,000.00** payable in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

3. **For every offense or action taken against me: $3,000,000.00** (three million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation of the RICO Act of 1970 for fraudulently and unlawfully under color of law misguiding natural persons to believe they are the entities (corporate fictions) to gain access to their TRUST ACCOUNTS.

4. **For each page of documents an agent, clerk or clerk of the courts refuses to file: $250,000.00 per page** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per person per violation pursuant to **Federal Rules of Civil Procedures 5(d)(4))** –
   Acceptance by the clerk.
   [A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice and **18 USC §2071:** '**(a)** Whoever willfully and unlawfully conceals, removes, mutilates. Obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceedings, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three (3) years, or both; **(b)** Whoever, having the custody of any such record, proceedings, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this titles or imprisoned not more than three (3) years or both; and shall forfeit his/her office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States. **it is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof.** *United States v. Lombardo,* 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); *Milton v. United States,* 105 F.2d 253, 255 (5th Cir. 1939). In *Greeson v. Sherman,* 265 F. Supp. 340 (D.C.Va.1967) it was held that a pleading delivered to a deputy clerk at his home at

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

night was thereby "filed." (*Freeman v. Giacomo Costa Fu Adrea*, 282 F. Supp. 525 (E.D.Pa. 04/5/1968).)']

5. **For each unsolicited / solicited phone call: $7,000** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

6. **For each unsolicited / solicited letter of harassment : $50,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

7. **For each correspondence that I write to RESPONDENTS and/or AGENTS / third parties of due to solicited and/or unsolicited meetings, letters of harassment or breach of the Common Law : $50,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

8. **For each correspondence I receive from the commissioner's office regarding RESPONDENTS / AGENTS / third parties or unlawful letters of harassment: $15,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

9. **For each correspondence I write to the Office of Fair Trading: $15,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

10. **For each correspondence I write to court services and agents: $20,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

11. **For each correspondence I have to write to Trading Standards: $20,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

12. **For each correspondence I have to write to the chief of police / sheriff agent after first notice sent: $50,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

13. **For each court special appearance / general appearance : $150,000,000.00** (one hundred and fifty million) Federal Reserve notes per person per violation.

14. **For each phone call I make to relevant bodies / agents: $2,000.00 plus $500 per hour or part thereof / $5.00 per minute** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

15. **For each and any lawful / legal counter claim : $5,000,000.00** (five million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

16. **For each meeting / hearing of any sort scheduled or arranged without my consent : $500,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

17. **For each human rights breach per the Universal Declaration of Human Rights (UDHR) : $1,000,000.00** (one million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

18. **For each individual failure to provide per individual requested evidence, items, documents, proof of certified public oaths, or other lawfully required and requested items/documents for Sovereign Beneficiary's full, personal inspection, the fee of $5,000.00** per individual breach of this notice shall apply. It is your tacit agreement that these fees become automatically subscribed to by the RESPONDENT (named in due course) if all requested and named items are not sent to the Sovereign Beneficiary with proof of receipt by recorded delivery and signed for within (7) days after receipt of this notice payable in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

19. **For each individual failure to perform a directive given by the Sovereign Beneficiary: $1,000,000.00** (one million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

32. **For every Coercion or Attempted Coercion of the Real Natural Person to take responsibility for the Corporate Citizen against the Natural Person and Secured Party's Will: $10,000,000.00** (ten million) and 100 acres of government, state, county, or city land per occurrence, per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

33. **For each Recording of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency as aforementioned herein: 100 acres of government, state, county, or city land and $2,000,000.00** (two million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per person per violation per occurrence and **$100,000.00** (One Hundred Thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation per day penalty until lien(s), levy(s), impoundment(s), and/or garnishment(s) are ended and all funds reimbursed and all property returned in the same condition as it was when taken with 18 % annual interest and my declared value of property.

34. **For every destruction, deprivation, concealment, defacing, alteration, or theft of property,** including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Person and Secured Party will incur a penalty of total new replacement costs of property as indicated by owner and secured party including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, and/or quality, and quantity as lost items. The list and description of affected property will be provided by the owner and secured party which will be accepted as complete, accurate, and uncontestable by the agency or representative thereof that caused such action. In addition to the aforementioned cost, **there will be a $200,000.00** (two-hundred thousand) fee in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation per day until property is restored in full, beginning on the first day after the incident, as provided by this contract and 100 acres of government, state, county, or city land.

35. **For every Denial and/or Abuse of Due Process: $20,000,000.00** (twenty million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land, per occurrence, per officer, or agent involved.

36. **For every Obstruction of Justice: $2,000,000.00** (two million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation per occurrence and 100 acres of government, state, county, or city land, per officer or agent involved.

37. **For every Unlawful Distraint, Interstate Detainer, or False Imprisonment: $5,000,000.00** (five million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation per day, per occurrence, per officer, or agent involved, plus 18% annual interest.

38. **For every Reckless Endangerment, Failure to Identify, and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being Detained / Arrested: $20,000,000.00** (twenty million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

39. **For every Counterfeiting Statute Staple Security Instruments: $2,000,000.00** (two million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

40.    **For every Trespass on Cestui Que Trust matter(s) and trust property including any trust property impaired as a result of any action taken without consent: $100,000,000.00** (one hundred million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per trespass per person and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

41.    **For every Trustee, agent, or individual Correspondence not signed in affidavit form under penalties of perjury commercial liability: $1,000,000.00** (one million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per communication not in compliance.

42.    **For every Trustee, agent, or individual Foreclosure, Repossession, Court Matters against Cestui Que Trust: $1,000,000.00** (one million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

43.    **For every Trustee or agent taking any Cestui Que Trust property through force, duress, coercion, conversion, including but not limited to arrest / assault / kidnapping / human trafficking : $10,000,000.00** (ten million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per occurrence.

44.    **For every Self-Executing Lease Agreement, contract, created upon the taking through force, duress, coercion, or conversion of any Cestui Que Trust property : $100,000** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars lease/per day out of possession of beneficiary.

45.    **For Harassment after Notice: $1,000,000.00** (one million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per occurrence and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

46.    **For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary Duty, Breach of the Peace, Perjury of oath(s)/oath(s) of office of Trustee, False Swearing and acting without Authority / Jurisdiction by Trustees / Agents: $10,000,000.00** (ten million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

47.    **For False Statements from Trustees, agents, or individuals: $100,000,000.00** (one hundred million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person, per false statement and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

48.    **For each Impairment of Contract by Trustees, agents, or individuals: $10,000,000.00** (ten million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars user fee per person, per impairment.

49.    **For each Violation of any un-a-lien-able rights including but not limited to all rights protected by Trusts, Trust Law, Law, Common Law, International Law, Constitutions, Law of Nations, etc. by the actions of Trustees, agents, or individuals :**

   *a.* one Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for violating and of my unalienable rights or any of my family's unalienable rights under any and all circumstances by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

   *b.* one Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per detention initiated by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

   *c.* my body's weight in .999 pure gold (or its equivalent in Federal Reserve Notes) for the taking of my life. This lawful paper is to be honored by the People of the fifty states and the People of the United States of America for the protection of the People on the land known as any of the fifty states which make up the union known as the Unites States of America. This lawful paper must be honored

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

61.  **For every theft of property of conveyance / automobile by impounding, towing, or forced removal from any private or public property without written consent from me: $5,000.00 per day** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

**Matthew Chapter 5 verses 25-26**
"25 Agree with thine adversary quickly, whiles thou art in the way with him; lest at any time the adversary deliver thee to the judge, and the judge deliver thee to the officer, and thou be cast into prison. 26 Verily I say unto thee, thou shalt by no means come out thence till thou hast paid the uttermost farthing."

## Maxims of Equity

1.
"Aequitas sequitir legem."
Equity follows the law.
1 Story, Eq. Jur. 64; 3 Wooddes. Lect. 479, 482.

2.
Equity will not suffer a wrong to be without a remedy.

3.
He who comes into equity must come with clean hands.

4.
Equity will not allow a remedy that is contrary to law.

5.
Equity will take jurisdiction to avoid a multiplicity of suits.

6.
Equity will not allow a statute to be used as a cloak for fraud.

7.
Equity regards the beneficiary as the true owner.

8.
"Vigilantibus non dormientibus aequitas subvenit."
Equity aids the vigilant, not those who slumber on their rights.

9.
Equity acts in personam or persons.

10.
Equity delights to do justice and not by halves.

## Maxims of Law

1.
"A verbis legis non est recedendum."
From the words of the law there must be no departure.

2.
"Actus Dei nemini facit injuriam."
The act of God does no injury; that is, no one is responsible for inevitable accidents.

3.
"Augupia verforum sunt judice indigna."
A twisting of language is unworthy of a judge.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

4.

"Catalla just possessa amitti non possunt."
Chattels justly possessed cannot be lost.

5.

"Contractus legem ex conventione accipiunt."
The agreement of the parties makes the law of the contract.

6.

"Culpa lata aequiparatur dolo."
A concealed fault is equal to a deceit.

7.

"Cum adsunt testimonia rerum quid opus est verbis?"
When the proofs of facts are present, what need is there for words?

8.

"Debet qui juri subjacere ubi delinquit."
Every one ought to be subject to the law of the place where he offends.

9.

"Ejus est non nolle qui potest velle."
He who may consent tacitly may consent expressly.

10.

"Ex facto jus oritur actio exteriora indicant interiora secreta."
Law arises out of fact; that is, its application must be to facts.
8 Co. R. 146.

11.

"Actio exteriora indicant interiora secreta."
External actions show internal secrets.
8 Co. R. 146.

12.

"Actor qui contra regulam quid adduxit non est audiendus."
He ought not to be heard who advances a proposition
contrary to the rules of law.

13.

"Actore non probante reus absolvitur."
When the plaintiff does not prove his case, the defendant is absolved.

14.

"Argumentum simili valet in lege."
An argument drawn from a similar case or analogy avails in law.

15.

"Argumentum simili valet in lege."
An argument drawn from a similar case or analogy avails in law.
Co. Litt. 191

> The Common Law is the highest jurisdiction of man-made law and jurisprudence for the men and women sojourning on the landmass commonly referred to as the United States of America with the exception of the landmass commonly called California which has Civil Law.
> The Law Merchant is tied to the Common Law and is the highest jurisdiction of man-made law for the men and women sojourning on the landmass commonly referred to as the United States of America concerning commerce and associated contracts, bills, commercial instruments, jurisprudence, et al.
> The Uniform Commercial Code is a code accepted or partially accepted by agreement of the various States regarding commercial contracts, commercial instruments, transactions, et al.
> The United States Constitution is the supreme contract for the men and women sojourning on the landmass commonly referred to as the United States of America.
> The Common Law reflects the Laws as recorded in the group of books commonly referred to as the Holy Bible and is verified by Sir William Blackstone in his published *Commentaries* which

Affidavit of Fee Schedule

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

were instrumental to the founding Fathers in the framing and establishing of American jurisprudence.

➢ The past and present so-called Monarchs of Great Britain must swear a corporeal oath and thereby contract to uphold and defend the laws as recorded in the letter patent, the 1611 King James Bible, as well as the Common Law.

➢ There are references to a higher jurisdiction in the Declaration of Independence including but not limited to the Laws of Nature and of Nature's God endowed by their Creator with certain unalienable Rights appealing to the Supreme Judge of the world for the rectitude of our intentions with a firm reliance on the protection of Divine Providence.

➢ The Oaths of Office are clear regarding the adherence to the Constitution when taking an oath of office and entering on the Execution of his Office. Article II, Section I, last clause: The President "promises to 'preserve, protect and defend the Constitution'". Article VI, Clause III: "The Senators and Representatives before mentioned and the members of the several state legislatures, and all executive and judicial officers, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

➢ For any Respondent who has sworn an oath of office to support and/or defend the United States of America Constitution, **I hereby accept that oath of office.**

**Numbers Chapter 30 verses 1-2**
"1 And Moses spake unto the heads of the tribes concerning the children of Israel, saying, This is the thing which the Lord hath commanded. 2 If a mans vow a vow unto the Lord or swear an oath to bind his soul with a bond; he shall not breake his word, he shall do according to all that proceedeth out of his mouth."

**Leviticus Chapter 5 verses 3-5**
"3 or if he touch the uncleanness of man, whatsoever uncleanness it be that a man shall be defiled withal, and it be hid from him; when he knoweth of it, the he shall be guilty. 4 Or if a soul swear, pronouncing with his lips to do evil, or to do good, whatsoever it be that a man shall pronounce with an oath, and it be hid from him; when he knoweth of it, then he shall be guilty in one of these. 5 And it shall be, when he shall be guilty in one of these things that he shall confess that he hath sinned in that thing:"

When Congress makes a law which is outside the scope of its enumerated powers, it is no "law" at all but is **void**, and American **men and women have no obligation to comply.** Alexander Hamilton says this repeatedly in the Federalist Papers. Here are a few examples:

"...If the federal government should overpass the just bounds of its authority and make a tyrannical use of its powers, **the people,** whose creature it is, **must appeal to the standard they have formed, and take such measures to redress the injury done to the Constitution as the exigency may suggest and prudence justify..."**
Federalist No. 33, 5th Paragraph.

"...acts of... (the federal government) which are NOT PURSUANT to its constitutional powers... will (not) become the supreme law of the land. **These will be merely acts of usurpation, and will deserve to be treated as such..."**
Federalist No. 33, 6th paragraph

"...every act of a delegated authority, contrary to the tenor of the commission under which it is exercised, is void. **No legislative act ... contrary to the Constitution can be valid.** To deny this, would be to affirm ... that men acting by virtue of powers may do not only what their powers do not authorize, but what they forbid."
Federalist No. 78, 10th paragraph

**(emphasis added above)**

When it is proven, by tacit agreement or otherwise, that Trespassing upon the Peoples' unalienable rights to life, liberty, and pursuit of happiness from

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

in any court with any of the fifty states which make up the union known as the Unites States of America.

d. One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for any of my time consumed in detention, imprisonment, or attempts by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen to establish their statutory jurisdiction upon Me or my family without expressed, written consent.

50. **For any harm done to our family pets without cause and/or justification: $100,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars user fee, per violation, per person and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

51. **For each demand under lack of full disclosure, coercion, duress, by force or request for my /our autograph on any document: $2,000,000.00** (two million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

52. **For each demand or taking of fingerprints under force, coercion, duress, or unlawful arrests: $5,000,000.00** (five million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

53. **For each field test demanded during unlawful detainment / traffic stop: $500,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

54. **For each D.N.A. test demanded or taken under coercion, force, duress or during unlawful detainment: $2,000,000.00** (two million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

55. **For each D.N.A. copyright infringement: $2,000,000.00** (two million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

56. **For the unlawful removal and use of our personal, private properties including but not limited to land, homes, conveyances (automobiles), biological properties, children or family members: $5,000,000.00** (five million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

57. **For daily maintenance, repairs, upgrades, installations of any kind to enhance property and for all previous taxes paid on property that is leased, purchased, or in process of foreclosure: $5,000.00 per day** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

58. **For any fraudulent foreclosures, liens, contracts, auctions placed against my property: $100,000,000.00** (one hundred million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

59. **For all ex-parte hearings or meetings without my knowledge or consent and without given proper notice of 20 days in advance: $50,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

60. **For failure to fully disclose any contract under acts of fraud: $500,000.00** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

outside the Republic of the united States of America and/or proven tacitly or otherwise that a tyrannical takeover of our de jure Republic by agents with an agenda to steal our birthright, destroy our country - the United States of America - assault the men, women, and children of the Republic and their real and other property -- wild and domestic livestock, pollinating insects which affect agriculture / food supply, right of privacy, well-being, liberty, or right to equitable contracts; and/or proven tacitly or otherwise that any Trespassing or the various legal actions used to implement it evince to a collateral or direct attack upon the United States of America Constitution, **there may be grounds for a Grand Jury indictment for treason**, to wit:

**united States of America Constitution 1788 - Article III, Section III:**
"Treason shall consist only in levying War against them, **or in adhering to their Enemies,** giving them Aid and Comfort. No Person shall be convicted of Treason unless on the **Testimony of Two Witnesses** to the same overt Act or on Confession in open Court. The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted."

> ### Deuteronomy Chapter 17 verse 6
> "6 At the mouth of **two witnesses,** or three **witnesses**, shall he that is worthy of death be put to death: but at the mouth of one witness he shall not be put to death."

> ### Deuteronomy Chapter 19 verse 15
> "15 One witness shall not rise up against a man for nay iniquity, or for any sin, in any sin that he sinneth: at the mouth of **two witnesses,** or at the mouth of three witnesses, shall the matter be established."

> ### Matthew Chapter 18 verse 16
> "16 But if he will not hear thee, then take with thee one or two more, that in the mouth of **two** or three **witnesses** every word may be established."

> ### 2 Corinthians Chapter 13 verse 1
> "1 This is the third *time* I am coming to you. In the mouth of **two** or three **witnesses** shall every word be established."

> ### Hebrews Chapter 10 verse 28
> "28 He that despised Moses Law died without mercy under **two** or three **witnesses.**"
> [emphasis added on each item above]

**united States of America Constitution, Amendment IV:**
"The **right** of the people to be secure in their **persons, houses, papers,** and **effects, against unreasonable searches and seizures, shall not be violated,** and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." [emphasis added]

**Title 18 U.S. Code § 2382- Misprision of Treason**
"Whoever, owing allegiance to the United States and **having knowledge of the commission of any treason** against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, **is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven (7) years, or both.**" [emphasis added]

**WHEREAS** a person with full knowledge of a potential harm, whether caused directly by the person or not, and that person is endowed the ability and/or

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

duty to act upon the said knowledge in a way to avoid or otherwise mitigate the potential harm, and fails to do said actions, is liable for the inevitable harm caused, and/or may be found negligent where there is a duty of care; and

**WHEREAS** it is a **fundamental principal of law** that nobody is above the law including but not limited to all government actors. The government immunity clause **only** applies to government actors when they are performing their actions of their office defined by their office **in good faith** and that the **UNITED STATES SUPREME COURT** has made a ruling regarding public officials being held liable for actions done or failure to perform required actions in the case of **MILLBROOK v. UNITED STATES, 477 Fed. Appx. 4.**

This International Commercial Claim / Lien within the Admiralty Private Agreement and Disclosures, Notice of Liability with all attachments comprises a **binding contract** between Respondents / Libellees and the Claimant / Libellant for the purpose of establishing the honorable terms of this Notice of Fee Schedule and Remedy and eliminating faulty assumptions. It is referred to herein as the Contract although it is an inland claim which, when perfected, will constitute a lien against the parties as described hereunder. The terms "you", "your", and "yours" refer to each Respondent named and additional yet to be named respondents in this Contract individually and collectively. This Fee Schedule and Remedy supersedes any and all previous agreements, whether expressed or tacit, between the parties, et al.

It is agreed upon that these fees shall be added together with standard compensation claims, and in all cases, the standard compensation shall also be due to me or any authorized trustee appointed for any and all breaches of this Notice, violations of domestic and international human rights, the U.C.C., and the Common Law.

## Joining the Contract
You (Respondent) and the Claimant / Libellant agree that the joinder fee for any party not currently or previously named as a respondent seeking the privilege of joining this Contract is hereby established at 5 (five) million in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per each attempt / event of impairment.

**As with any administrative process,** you may rebut the statements and claims in this Contract by executing a verified response, point-by-point with evidence that is certified to be true and in affidavit form, correct and complete, to be received by Claimant(s) by certified mail no later than 5:00 P.M. of the final date to respond given to you. You and the Claimant / Libellant agree that a response which is not verified or a response from a third party agent lacking first-hand knowledge of the facts will constitute your **failure to respond** as defined herein. If you fail to respond or state a claim by the indicated Effective Date, the Notice of Fee Schedule and Remedy will become **binding** and fully enforceable in the admiralty venue as a maritime lien subject to levy, distraint, distress, certificate of exigency, impound, execution, and all other lawful and/or commercial remedies. The parties herein agree that failure to respond or insufficiency of response as defined herein constitutes agreement with all terms, provisions, statements, facts, claims, and fees within this Notice.

### "Qui tacet consentire videtur."

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading…" *U.S. v Tweel*, 550 F.2d 297, 299, (1977), quoting *U.S. v Prudden*, 424 F.2d 1021, 1032 (1970)

"When circumstances impose duty to speak and one deliberately remains silent, silence is equivalent to false representation…" Fisher Controls International, Inc. v. Gibbson, 991 S.W. 2d 135 (1995)

"When a person sustains to another a position of trust and confidence, his failure to disclose facts that he has a duty to disclose is as much a fraud

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

to respond, **all parties to this Agreement agree to be bound in perpetuity by any and all such Judgments which may be issued regarding this Notice. The Respondent cannot directly or indirectly seek recoupment of losses incurred due to any terms of this Notice.**

**All Rights Reserved Without Recourse. I reserve the right to alter this fee schedule at any time at the discretion of either party of the Sovereign Beneficiary, Master Khali-Malik: Bey©℠, A.K.A. TIMOTHY CHRISTOPHER TAYLOR©℠ and any and all derivatives thereof.**

Please be advised that these are our fees only and that further compensation from your insurance bonding as well as liens on your personal assets will also be required should you continue to harass and intimidate Me or my family. Failure to confirm ALL correspondence by wet ink signature and in writing only will be construed as your non-response and dishonor. All correspondence must be labeled with full names, titles, and the name and address of your office.

Failure to correctly identify and sign every document in wet ink that is sent by you will be used as evidence that you are not who you say you are, that you attempting to deceive the Sovereign Beneficiary, and that you are attempting to impersonate a Public Official contrary to Law.

This is an Affidavit Notice of Liability Regarding a Trespass Fee Schedule and Remedy for Protection from Federal / State / County / City / Municipal / Corporation Employees, individuals and agents. I, Khali-Malik: Bey©℠, holder of the office of the People in the state known as California or in any other state are hereby, as a gesture of peace, giving proper notice to the STATE OF ILLINOIS or any state / corporation, to the UNITED STATES CORPORATION, and to **all municipal, county and city corporations and other STATE Corporations** of the following:

As a peaceful natural person desiring to avoid conflict and live lawfully with all of my freedoms, I am providing you with this **Fee Schedule and Remedy for Protection from Federal / State / County / City / Municipal / Corporation Employees, agents, and individuals** as a courtesy to you and as a remedy should you decide to trespass upon Me or our Family. Failure to know or obey any/all of your thousands of corporate regulations does not constitute a crime absent a victim, damaged property, or fraud, A.K.A. corpus delecti.

If you should face a jury, you should know that the jury has sworn duty to judge the Law and the facts, and the jury can provide just remedy for the People. In every criminal prosecution, it is necessary to establish the **"corpus delecti"** (i.e., the body or elements of the crime).

> "The corpus delecti consists of two elements— namely, (1) the injury or loss of harm; and (2) a criminal agency causing them to exist." (People v. Frey, 165 Cal. 140, 146 [131 P. 127]. People v. Lopez, etc.)

Please note that this self-defense Notice of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporation Employees is just and modest and well below the precedent set by *Trezevant v. City of Tampa* wherein the damages established were $25,000 for 23 minutes of unlawful arrest. This particular remedy calculates to more than $1.8 million per day. Here is my Fee Schedule for all trespasses to be considered by a lawful jury of the People. Lawyer fees and other fees (including applicable late fees) are not included in the following Fee Schedule:

The Unites States Supreme Court has stated the following in *"U.S. v. Cruikshank"* (92 U.S. 542 at 551):

"...between the People of the United States, any resident within any state, or any other national that there need be no conflict between any of them. The powers which one possess, the other does not. They are established for different purposes and have separate jurisdictions. Together, they make one whole and furnish the People of the United States with a complete government, ample for protection of all of their rights at home and abroad. It may sometimes happen that a "person" is amenable to both jurisdictions

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

for the same act. It is the natural consequence of a citizen which owes allegiance to two sovereignties and claims protection from both."

The citizen cannot complain because he/she has voluntarily submitted themselves to such a form of government. The opinion in this case is 100% correct as long as one is referring to the People of the United States.

## Not me or anyone from my family is of the UNITED STATES. We are of God, the Almighty Creator.

**Let it be clear that a People is not a person, and a person is not a People. True sovereignty is within the People who have all private rights, but citizens, on the other hand, are subjects (by their own voluntary choice) of the state government and of local and federal government corporations in exchange for privileges and civil rights.**

**Let it be clear that I am not a person / citizen / employee / subjects of any corporation which cannot, under color of law, act as a lawful government. Let it be clear that we have only one Sovereignty, and that Sovereignty is God.**

### Guarantee and Waiver of Benefits
Guarantees for this Notice of Fee Schedule and Remedy are the 1611 King James Bible, the Coronation of Elizabeth Alexandra Mary: Windsor, the United States of America Constitution, the Bill of Rights, Constitutional Oaths of Office, the Common Law and Merchant Law, the Uniform Commercial Code, and case law.

I do not claim any benefit of said Guarantees and are included solely as a reference to the law and conduct of named and unnamed Respondents. Bible references are from the King James Bible and are used due to the oaths being sworn upon it. The use of Bible references in this Notice of Fee Schedule and Remedy are for jurisdictional purposes and no adherence or non-adherence to any organized religious group including but not limited to registered corporate organizations on the part of the Affiants may be assumed.

## Notice to Agent is Notice to Principal.
## Notice to Principal is Notice to Agent.

**It is written, "If they refuse to take the cup at thine hand to drink, then shalt thou say unto them, Thus saith the Lord of hosts, Ye shall certainly drink." – Jeremiah 25:28**

**"Thy kingdom come, Thy will be done in earth, as it is in Heaven." -Matthew 6:10**

## LAW OF NATURE

The Law of Nature is that which God, the Sovereign of the world, has prescribed to man not by any formal promulgation but by the internal dictate of reason alone. It is discovered by a just consideration of the agreeableness of human actions to the nature of Man, and it comprehends all the duties which we owe either to the supreme being, to ourselves, or to our neighbors as reverence to God, self-defense, temperance, honor to our parents, benevolence to all strict adherence to our engagements, gratitude, and the like. In the Constitution for the United States of America, we find the 11th article, Amendment 9: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the People." Affected parties and people wishing to dispute the claims and truths made herein or to make their own claims upon Me must respond within **twenty-one (21) days** after service of this Notice of the action and request a Common Law court to empanel a Common Law Jury of twenty-five (25) indigenous free men to hear their case against Me. All responses must

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

be signed and witnessed no later than twenty-one days of receipt of certificate of service.
of original service as attested to by way of certificate of service.

Failure to notify me and/or failure to register a dispute against this Lawful Notice made herein will always result in an automatic default judgment and permanent, irrevocable estoppel by acquiescence, barring the bringing of charges under any statute / regulation / act / code or legal action against Me, my family, or another People. Failure to honor this lawful Notice will make each of the People acting as federal / state / county / city / municipal / corporation employees liable for the sum of twenty-five (25) ounces of .999 pure gold or its equivalent in Federal Reserve Notes plus my fee schedule, and such sum will be required to be paid to Timothy Christopher Taylor upon your receipt of the Invoice and by its assigned due date. I, the undersigned affiant and attorney in fact for TIMOTHY CHRISTOPHER TAYLOR ©℠ authorize this affidavit using my autograph as his own on this instrument.

It is against the law for a Judge to summarily remove, to dismiss, to dissolve, or to diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

**Trespass Upon Private Contract**
Any collateral attack on this Contract is in bad faith and is a criminal trespass payable as prescribed in the above-stated Notice of Fee Schedule.

**All payments are to be made in Lawful Money**
**pursuant to Title 12 USC § 411.**

Further affiant sayeth not!

All Rights Reserved, None Waived
Without Prejudice
Respectfully submitted.

I, **Timothy-Christopher: Taylor©℠**, herein affirm and declare under my unlimited commercial liability that I AM competent and of Lawful age to state the matters set forth herein, that they are true, correct, complete, not intended to be misleading, that they are admissible as evidence, and in accordance with my best first-hand knowledge, understanding, and belief.

Dated this 11_____ day of _____Jan_____ in the Year 2019.

Honorable Khali-Malik: Bey©℠
**Affiant**, Executor, Sole shareholder,
Director, Attorney in Fact,
Sole Beneficiary, Authorized
Representative, Sui Juris

Page **16 | 17**

Affidavit of Fee Schedule

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

P.O. Box 1208 Norwalk CA 90651-1208



Los Angeles County Registrar-Recorder/County Clerk

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA    )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

_____**04th**_____ day of _____**February**_____ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

MIGUEL MACIAS, Deputy County Clerk

BRF03-3/3/2009



## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, ᵀᴹKHALI MALIK BEY© _____ [name of custodian of original document], hereby swear (or affirm) that the attached reproduction of MO J976575 _____ [description of original document] is a true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the truthfulness, accuracy, and validity of the forgoing statement.

ᵀᴹKHALI MALIK BEY©                           02/04/2020
_____                  _____
Custodian's Signature                         Date

Custodian's Address: 3023 S Western Avenue ste Los Angeles California 90018-3474

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA
COUNTY OF Los Angeles

Subscribed and sworn to (or affirmed) before me on February 4 , 2020 , by
Khali Malik Bey _____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(seal)
GLORIA GONZALEZ
COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024

Gloria Gonzalez
_____
Signature

HAWTHORNE OFFICE

For counties filing a separate dependency petition for each child or for counties using *Additional Children Attachment* (form JV-101(A))   **JV-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Los Angeles County | | |
| FIRM NAME: | | |
| STREET ADDRESS: 5110 Goldleaf Cir | | |
| CITY: Los Angeles   STATE: CA   ZIP CODE: 90056 | | |
| TELEPHONE NO.: (323) 290-8500   FAX NO.: | | |
| E-MAIL ADDRESS: | | |
| ATTORNEY FOR (name): | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Los Angeles
STREET ADDRESS: 201 Centre Plaza Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Monterey Park, California 91754
BRANCH NAME: Edmund D. Edelman Children's Court

CHILD'S NAME:

Paris Sims
Aaniyjah Gant
Kaniyah Campbell
Ky'on Taylor
Laila Taylor
Ra'Jaih Bey

CASE NUMBER:

**JUVENILE DEPENDENCY PETITION (VERSION ONE)**
**(Welf. & Inst. Code, § 300 et seq.)**

RELATED CASE (If any):
MO J976575 dept 230 jt
09/28/89

[X] § 300-Original   [ ] § 342-Subsequent   [ ] § 387-Supplemental

1. Petitioner on information and belief alleges the following:

   a. The child named below comes within the jurisdiction of the juvenile court under the following subdivisions of section 300 of the Welfare and Institutions Code (check applicable boxes; see attachment 1a for concise statements of facts):
   [X] (a) [X] (b)(1) [ ] (b)(2) [ ] (c) [ ] (d) [ ] (e) [ ] (f) [ ] (g) [ ] (h) [ ] (i) [X] (j)

   b. Child's name: Paris Sims   c. Age: 13 Yrs.   d. Date of birth: 10/06/2006   e. Sex: F

   f. Name: Kimberly Gant
   DOB: 09/17/1982
   Address: 3023 S Western Ave #218
   Los Angeles, CA 90018
   [X] mother [ ] father [ ] guardian [ ] unknown
   If mother or father (check all that apply): [ ] legal [X] biological [ ] presumed [ ] alleged

   g. Name: Marcel Sims
   DOB: unknown
   Address: Unknown
   [ ] mother [X] father [ ] guardian [ ] unknown
   If mother or father (check all that apply): [ ] legal [ ] biological [ ] presumed [x] alleged

   h. Name:
   Address:
   [ ] mother [ ] father [ ] guardian [ ] unknown
   If mother or father (check all that apply): [ ] legal [ ] biological [ ] presumed [ ] alleged

   i. Other (state name, address, and relationship to child):
   [ ] No known parent or guardian resides within this state. This adult relative lives in this county or is closest to this court.

(See important notice on page 2.)

Form Adopted for Alternative Mandatory Use Instead of Form JV-110
Judicial Council of California
JV-100 [Rev. July 1, 2016]
CWS Case Management System

JUVENILE DEPENDENCY PETITION (VERSION ONE)

Welfare and Institutions Code, § 300 et seq.; Cal. Rules of Court, rule 5.504

Page 1 of 22

CHILD'S NAME:
Paris Sims
Aaniyjah Gant
Kaniyah Campbell
Ky'on Taylor
Laila Taylor
Ra'Jaih Bey

CASE NUMBER:

JV-100

j.   Prior to intervention, child resided with
[x]  parent *(name):*      Mother, Kimberly Gant
[ ]  parent *(name):*
[ ]  guardian *(name):*
[ ]  Indian custodian *(name):*
[ ]  other *(state name, address, and relationship to child):*

k.   Child is  AT - LARGE
[X]  not detained     [ ]  detained
Date and time of detention:
Current place of detention *(address):*
Mother, Kimberly Gant
AT LARGE

[ ] Relative     [ ] Shelter/foster care     [x] Other

2. I have asked about Indian ancestry for this child and have completed and attached the required *Indian Child Inquiry Attachment,* form ICWA-010(A). *(If this is a subsequent filing and there is no new information, form ICWA-010(A) is not required.)*

3. Petitioner requests that the court find these allegations to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing and all attachments are true and correct.

Date:   12/10/19

_____          ▶          _____
        D. Truong                                              (SIGNATURE OF PETITIONER)
    (TYPE OR PRINT NAME)

Address and telephone number *(if different person signing than listed in caption above):*
201 Centre Plaza Dr.
Monterey Park, CA 91754
323-729-2210

[ ] Number of pages attached: _____          [X] Other children are listed on *Additional Children Attachment* (form JV-101(A))

## —NOTICE—

### TO PARENT

Your parental rights may be permanently terminated.  To protect your rights, you must appear in court and answer this petition.



DEAN C. LOGAN
strar-Recorder/County Clerk

ΓΕ OF CALIFORNIA      )
ΟUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

__04th__ day of __February__, 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

MIGUEL MACIAS, Deputy County Clerk

BRF03-3/3/2009

| U.S. Office of Personnel Management<br>Guide to Personnel Data Standards | **ETHNICITY AND RACE IDENTIFICATION**<br>(Please read the Privacy Act Statement and instructions before completing form.) | |
|---|---|---|
| Name (Last, First, Middle Initial)<br>Giant Kimberly Racquel | Social Security Number<br>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 | Birthdate (Month and Year)<br>17/09/1982 |

Agency Use Only

**Privacy Act Statement**

Ethnicity and race information is requested under the authority of 42 U.S.C. Section 2000e-16 and in compliance with the Office of Management and Budget's 1997 Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity. Providing this information is voluntary and has no impact on your employment status, but in the instance of missing information, your employing agency will attempt to identify your race and ethnicity by visual observation.

This information is used as necessary to plan for equal employment opportunity throughout the Federal government. It is also used by the U. S. Office of Personnel Management or employing agency maintaining the records to locate individuals for personnel research or survey response and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies.

Social Security Number (SSN) is requested under the authority of Executive Order 9397, which requires SSN be used for the purpose of uniform, orderly administration of personnel records. Providing this information is voluntary and failure to do so will have no effect on your employment status. If SSN is not provided, however, other agency sources may be used to obtain it.

**Specific Instructions:** The two questions below are designed to identify your ethnicity and race. **Regardless of your answer to question 1, go to question 2.**

**Question 1. Are You Hispanic or Latino?** (A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race.)
☑ Yes   ☐ No

**Question 2.** Please select the racial category or categories with which you most closely identify by placing an "X" in the appropriate box. Check as many as apply.

| RACIAL CATEGORY<br>(Check as many as apply) | DEFINITION OF CATEGORY |
|---|---|
| ☑ American Indian or Alaska Native | A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment. |
| ☐ Asian | A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. |
| ☐ Black or African American | A person having origins in any of the black racial groups of Africa. |
| ☐ Native Hawaiian or Other Pacific Islander | A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. |
| ☑ White | A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. |

™ KHALI MALIK BEY ©
UCC1-308/1-207 12 USC 411 Khali M Bey
12-16-2019

Standard Form 181
Revised August 2005
Previous editions not usable

42 U.S.C. Section 2000e-16

NSN 7540-01-099-3446

Print Form     Save Form     Clear Form

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                                      CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

On December 16, 2019 before me, Gloria Gonzalez, Notary Public,
　　　　　　*Date*　　　　　　　　　　　　　*Here Insert Name and Title of the Officer*

personally appeared Khali M. Bey
　　　　　　　　　　　　　　　　　*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



GLORIA GONZALEZ
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMMISSION # 2139059
MY COMM. EXPIRES JAN. 2, 2020

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Gloria Gonzalez_

*Place Notary Seal and/or Stamp Above*                          *Signature of Notary Public*

──────────────────── OPTIONAL ────────────────────

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Ethnicity and Race Identification
Document Date: 12-16-19                              Number of Pages: 1
Signer(s) Other Than Named Above: None

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: Khali M. Bey
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☒ Individual          ☐ Attorney in Fact
☐ Trustee            ☐ Guardian of Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee            ☐ Guardian of Conservator
☐ Other: _____
Signer is Representing: _____

©2017 National Notary Association



**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

Los Angeles County Registrar-Recorder/County Clerk

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA  GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

_____**03rd**_____ day of _____**February**_____ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CATRICE DANIELS, Deputy County Clerk

BRF03-3/3/2009

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, ™ KHALI MALIK BEY© [name of custodian of original document], hereby swear (or affirm) that the attached reproduction of Fully Authenticated Certificate of Live Birth [description of original document] is a true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the truthfulness, accuracy, and validity of the forgoing statement.

™KHALI MALIK BEY©
Custodian's Signature

02/03/2020
Date

Custodian's Address: 3023 S Western Avenue ofc, Los Angeles California 90018 - 3474

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles

Subscribed and sworn to (or affirmed) before me on February 3, 2020, by Khali Walik Bey proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(seal)

GLORIA GONZALEZ
COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024

Signature

20014581-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of California, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixth day of January, 2020.

*Issued pursuant to CHXIV. State of Sept. 15. 1789. 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f). RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By _____

Assistant Authentication Officer,
Department of State

# State of California
## Secretary of State

This Certificate is not valid for use anywhere within the United States of America, its territories or possessions.

| | | |
|---|---|---|
| **APOSTILLE** (Convention de La Haye du 5 octobre 1961) | | |
| 1. **Country:** Pays / País: | United States of America | |
| **This public document** Le présent acte public / El presente documento público | | |
| 2. **has been signed by** a été signé par ha sido firmado por | *Dean C. Logan* | |
| 3. **acting in the capacity of** agissant en qualité de quien actúa en calidad de | *Registrar-Recorder/County Clerk* | |
| 4. **bears the seal / stamp of** est revêtu du sceau / timbre de y está revestido del sello / timbre de | *County of Los Angeles,  State of California* | |
| **Certified** Attesté / Certificado | | |
| 5. **at** à / en | Los Angeles, California | 6. **the** le / el día   *16th day of December 2019* |
| 7. **by** par / por | Secretary of State, State of California | |
| 8. **Nº** sous nº bajo el número | *32744* | |
| 9. **Seal / stamp:** Sceau / timbre: Sello / timbre: | | 10. **Signature:** Signature: Firma: |

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
To verify the issuance of this Apostille, see: apostille-search.sos.ca.gov/.
**This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the Convention. In such cases, the certificate should be presented to the consular section of the mission representing that country.**

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Cette Apostille peut être vérifiée à l'adresse suivante: apostille-search.sos.ca.gov/.
Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961, lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté à la section consulaire de la mission qui représente ce pays.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Esta Apostilla se puede verificar en la dirección siguiente: apostille-search.sos.ca.gov/.
**Este certificado no constituye una Apostilla en virtud del Convenio de La Haya de 5 de octubre de 1961 cuando se presenta en un país que no es parte del Convenio. En estos casos, el certificado debe ser presentado a la sección consular de la misión que representa a ese país.**

Sec/State Form NP-40 LA (rev. 09/2019)

CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
### REGISTRAR-RECORDER/COUNTY CLERK

1052019646084                           1201962501633

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
**USE BLACK INK ONLY**

| STATE FILE NUMBER | | | | | LOCAL REGISTRATION NUMBER |
|---|---|---|---|---|---|

| THIS CHILD | 1A. NAME OF CHILD - FIRST RA'JAIH | 1B. MIDDLE RE'ZHEM | | 1C. LAST TAYLOR BEY | |
|---|---|---|---|---|---|
| | 2. SEX MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC. SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. - | 4A. DATE OF BIRTH - MM/DD/CCYY 06/27/2019 | 4B. HOUR - 24 HOUR CLOCK TIME 0431 |

| PLACE OF BIRTH | 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY ST. MARY MEDICAL CENTER | 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION 1050 LINDEN AVENUE | |
|---|---|---|---|
| | 5C. CITY LONG BEACH | 5D. COUNTY LOS ANGELES | |

| NAME OF PARENT | 6A. NAME OF PARENT - FIRST KHALI | 6B. MIDDLE MALIK | 6C. LAST - BIRTH NAME BEY | 6D. ☐ MOTHER ☒ FATHER ☐ PARENT | 7. BIRTHPLACE - STATE/ COUNTRY IL | 8. DATE OF BIRTH 03/27/1987 |
|---|---|---|---|---|---|---|
| NAME OF PARENT | 9A. NAME OF PARENT - FIRST KIMBERLY | 9B. MIDDLE ROCQUEL | 9C. LAST - BIRTH NAME GANT | 9D. ☒ MOTHER ☐ FATHER ☐ PARENT | 10. BIRTHPLACE - STATE/ COUNTRY IL | 11. DATE OF BIRTH 09/17/1982 |

| INFORMANT AND BIRTH CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT - SIGNATURE KIMBERLY GANT |  | 12B. RELATIONSHIP TO CHILD MOTHER | 12C. DATE SIGNED 06/28/2019 |
|---|---|---|---|---|---|
| | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED. | 13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE DYAN PARAS, BIRTH COORD. | | 13B. LICENSE NUMBER A43518 | 13C. DATE SIGNED 06/28/2019 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT JOSE LUIS DELAROSA, MD 16415 SO COLORADO AVE STE 103, PARAMOUNT, CA 90723 | | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT DYAN PARAS, BIRTH COORD. | |

| LOCAL REGISTRAR | 15A. DATE OF DEATH - MM/DD/CCYY | 15B. STATE FILE NO. - STATE USE ONLY | 16. LOCAL REGISTRAR - SIGNATURE ANISSA DAVIS, MD, MPH | | 17. DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY 06/28/2019 |
|---|---|---|---|---|---|

CALOSANG02

This is to certify that this document is a true copy of the official
record filed with the Registrar-Recorder/County Clerk.

*Dean C. Logan*

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying the
seal and signature of the Registrar-Recorder/County Clerk

DEC 13 2019



1000003306700

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

Los Angeles County Registrar-Recorder/County Clerk

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

___03rd___ day of ___**February**___ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CATRICE DANIELS, Deputy County Clerk

BRF03-3/3/2009

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, ᵀᴹ KHALI MALIK BEY© _____ [name of
custodian of original document], hereby swear (or affirm) that the attached reproduction
of Fully Authenticated Certificate of Live Birth [description of original document] is a
true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the
truthfulness, accuracy, and validity of the forgoing statement.

ᵀᴹ KHALI MALIK BEY© _____     02/03/2020 _____
Custodian's Signature                         Date

Custodian's Address: _____

> A notary public or other officer completing this certificate verifies only the identity of the
> individual who signed the document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles

Subscribed and sworn to (or affirmed) before me on  February 3 , 20 20 , by
Khali Malik Bey _____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

GLORIA GONZALEZ
COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024

(seal)                                        _____
                                              Signature

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## REGISTRAR-RECORDER/COUNTY CLERK

## CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
### USE BLACK INK ONLY

1201719073778
LOCAL REGISTRATION NUMBER

| STATE FILE NUMBER | | 1B MIDDLE | | 1C LAST | |
|---|---|---|---|---|---|
| OF CHILD - FIRST | | AMOOR | | TAYLOR | |
| .A | | | | | |

| 3A THIS BIRTH, SINGLE, TWIN, ETC | 3B IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC | 4A DATE OF BIRTH - MM/DD/CCYY | 4B HOUR - 24 HOUR CLOCK TIME |
|---|---|---|---|
| LE    SINGLE | - | 09/05/2017 | 0205 |

| OF BIRTH - NAME OF HOSPITAL OR FACILITY | 5B STREET ADDRESS - STREET AND NUMBER, OR LOCATION |
|---|---|
| FRANCIS MEDICAL CENTER | 3630 E. IMPERIAL HWY. |

| | 5D COUNTY |
|---|---|
| 7OOD | LOS ANGELES |

| F PARENT - FIRST | 6B MIDDLE | 6C LAST - BIRTH NAME | 6D MOTHER/FATHER/PARENT | 7 BIRTHPLACE  STATE/COUNTRY | 8 DATE OF BIRTH |
|---|---|---|---|---|---|
| )THY | CHRISTOPHER | TAYLOR | ☑FATHER | IL | 03/27/1987 |

| F PARENT - FIRST | 9B MIDDLE | 9C LAST - BIRTH NAME | 9D MOTHER/FATHER/PARENT | 10 BIRTHPLACE - STATE/COUNTRY | 11 DATE OF BIRTH |
|---|---|---|---|---|---|
| )ERLY | ROCQUEL | GANT | ☑MOTHER | IL | 09/17/1982 |

| AT I HAVE REVIEWED THE STATED IN AND THAT IT IS TRUE AND ) THE BEST OF MY KNOWLEDGE | 12A PARENT OR OTHER INFORMANT-SIGNATURE | 12B RELATIONSHIP TO CHILD | 12C DATE SIGNED |
|---|---|---|---|
| | | MOTHER | 09/06/2017 |

| AT THE CHILD WAS BORN ALIVE AT OUR, AND PLACE STATED | 13A ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE | 13B LICENSE NUMBER | 13C DATE SIGNED |
|---|---|---|---|
| | | A35877 | 09/06/2017 |

| ) NAME, TITLE AND MAILING ADDRESS OF ATTENDANT | 14 TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT |
|---|---|
| )RALES,MD,16660 PARAMOUNT BLVD, #309,PARAMOUNT | V. FIGUEROA, BIRTH CLERK |

| F DEATH  MM/DD/CCYY | 15B STATE FILE NO - STATE USE ONLY | 16 LOCAL REGISTRAR - SIGNATURE | 17 DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY |
|---|---|---|---|
| | | JEFFREY D GUNZENHAUSER, MD SS | 09/11/2017 |

CAL0SANGD2

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.



**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying the seal and signature of the Registrar-Recorder/County Clerk.

DEC 1 3 2019



1000003306699

Khali Malik Bey
RFD# 3023 S western Avenue apt 218
Los Angeles, California [90018-3474]

## PASSPORT EXPLANATORY STATEMENT

Now coming as the real party in interest, Khali Malik of the family of Bey, hereinafter "Beneficiary," at all times relevant within the union member state of Illinois within a non-military occupied true estate outside a "federal Zone" not subject to the jurisdiction of the "United States," and Beneficiary is, by virtue of his constitutionally protected status of being a True American Citizen of The United States of America, is not subject to the present provisional "emergency" War Powers martial due process of the United States and the martial due process of the several states by a congressionally-amended, World War I statues ("Trading With the Enemy Act") called "The Emergency Banking Relief Act" (your 12 U.S.C. 95a and 50 U.S.C. App. 5(b) both events transpiring on March 9, 1933. Beneficiary, a True American Citizen of the United States of America.

These Explanatory Statements will remain as a part of this passport application to obtain my united States passport as a Illinoisian. I am applying for a new United States Passport to this Passport Authority, because the application for it has errors concerning my proper State Citizenship. I NOW have new information about my Illinois state Citizenship and I am now applying for a new Passport with proper information concerning my Citizenship as a Illinoisian.

**Please review the copy of letter from Susan Bozinko; Acting Director of Legal Affairs and Law Enforcement Liaison attached hereto and incorporated herein by reference as if appearing in its entirety.**

**Please note the following concerning the application's request for my Social Security Number:**

I believe that the passport application form is in error, as it requests a social security number under the authority of Section 6039E of the Internal Revenue Code of 1986. Please be advised that no such authority exists within Section 6039E of the Internal Revenue Code of 1986. This section 6039E(b)(1) requires that anyone with a Taxpayer Identification Number ("TIN") (if any) provide said number. The TIN is for those who are engaged in a trade or business within the United States. Since, the Internal Revenue Service does not issue Social Security Numbers, therefore, I am exempt from this requirement pursuant to Section 6039E(e). See attachment.

Also, Section 7 of the Privacy Act of 1974 specifically provides that it shall be unlawful for any Federal, State or Local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his/her social security number. See excerpt from the Privacy Act, 1974, Section 7:

Privacy Act, 1974, Section 7

(a)(1) It shall be unlawful for any Federal, State or local government agency to deny to any individual any

right, benefit, or privilege provided by law because of such individual's refusal to disclose his or her social

security number. Pub, L.93-579, Section 7; 5 U.S.C. Sec. 552a. Note unless: (2) Disclosure is required by

federal statute for welfare recipients to obtain and provide SSNs of children.

Section (b) Any Federal, State or local government agency which requests an individual to disclose his social

security account number shall inform that individual whether that disclosure is mandatory or voluntary, by

what statutory or other authority such number is solicited, and what uses will be made of it. Please note the following concerning my proper nationality and citizenship:

The facts of my being born on the land: (Family of Bey, Khali Malik a native Illinoisian and True American Citizen) and with this document I am submitting, determine that my nationality is Illinoisian being born on the land commonly known as Illinois state and according to the U.S. Government printing Office Style Manual, page 93, section: 5.23 - In designating the natives of the States, the following forms will be used, and should be reflected on my passport in the section on "Nationality" - "Illinoisian as opposed to "UNITED STATES OF AMERICA" and therefore because of my birth, habitation and domicile, I am a True American Citizen of the united States of America*, NOT the same as a U.S. (federal) citizen, and entitled to a passport.

I am NOT a "Fourteenth Amendment citizen, born or naturalized in the United States, and subject to the jurisdiction thereof". I am a Citizen of Illinois, being an inhabitant on the land known as Illinois state and therefore a Citizen of the united States of America*(3), as I stated in my passport application.

PLEASE NOTE: The Supreme Court has officially defined the key term "United States" to have three separate and distinct meanings:

[Hooven & Allison Co. vs. Evatt, 324 U.S. 652 (1945)] [Emphasis added.]
(1) It may be the name of a sovereign occupying the position of other sovereigns in the family of nations.
(2) It may designate the limited territory over which the sovereignty of the United States (Federal
Government) extends.
*(3) It may be the collective name for the fifty States, which are united by and under the U.S. Constitution.

A person who is a citizen of the United States (Federal government; Fourteenth Amendment citizen) is necessarily a citizen of the particular state in which he resides. But a person may be

a citizen of a particular state and not a citizen of the United States (Federal government; Fourteenth Amendment citizen). To hold otherwise would be to deny to the state the highest exercise of its sovereignty, -- the right to declare who are its citizens.
[State v. Fowler, 41 La. Ann. 380][6 S. 602 (1889)][emphasis added]

It is quite clear, then, that there is a citizenship of the United States (Federal government; Fourteenth Amendment citizen) and a citizenship of a State, which are distinct from each other and which depend upon different characteristics or circumstances in the individual.
[Slaughter House Cases, 83 U.S. 36][(1873)] [emphasis added]

There is a distinction between citizenship of the United States (Federal government; Fourteenth Amendment citizen) and citizenship of a particular state, and a person may be the former without being the latter.
[Alla v. Kornfeld, 84 F.Supp. 823][(1949) headnote 5] [emphasis added]

As you well know, the Constitution for the united States of America is the supreme law of the land.  Furthermore, as I stated in my passport application:

I claim no privileges or immunities provided by the 14th Amendment to the Constitution; not being a citizen subject to the jurisdiction thereof

Note:  Although Khali Malik: Bey may have been issued a Social Security number and may been provided a Birth Certificate from Illinois and using a Illinois State Driver's License (State ID) as an identifying document, the use of such documents does not imply that I am a U.S. (federal) citizen.

I also believe that the Declaration of Oath Section of the passport application is written in error.  I am a Citizen of the united States of America *(3 above), not the same as a U.S. citizen and both of my parents were not U.S. (federal) citizens (Section 10).

My Oath with the Proper use of the words "United States" and "Citizen"

I declare under penalty of perjury under the laws of the United States of America *(3 above) Title 28 USC §1746(1) all of the following:
The collective name for the fifty States which are united by and under the United States Constitution for America. *(3 above) (NOT the Federal Government)
Illinoisian (natural born) and have not, since and acquiring American Citizenship (by birth and proper habitation in one of the sovereign states of the Union performed any of the acts listed under "Acts or Conditions" on the reverse side of this [the] application;
(2) The statements made on the application are true and correct;
(3) I have not knowingly and willfully made false statements or included false documents in support of this application;

(4) The photograph submitted with this application is a genuine, current, photograph of me; and
(5) I have read and understood the warning on page two of the instructions to the application form.

## VERIFICATION

Pursuant to 28 USC §1746(1)*, I declare under penalty of perjury under the Laws of the United States of America that the statements made on this passport application and within this statement are true, correct.

With explicit Reservation of All Rights, Without Prejudice, Non-Assumpsit, without the United States, pursuant to 28 USC §1746 (1), I am, respectfully,

_By Im Bey Khali Malik©_

Khali Malik Bey
**RFD#** 3023 S Western Avenue Apt 218
Los Angeles, California Republic

*Title 28 §1746. Unsworn declarations under penalty of perjury
(1) If executed without the United States [Federal government]: "I declare (or certify, verify, or
state) under penalty of perjury under the laws of the United States of America that the foregoing is
true and correct. Executed on (date)_____
(Signature)_____.

Khali Malik Bey whom I know (or with adequate identification has satisfactorily proved to me) appeared to attest and affirm that he/she is the person executing the forgoing document. I, THEREFORE, set forth my hand a seal in affirmation the execution thereof.

Seal

Notary Public witnessed me completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

Al Moroccan Empire

**Bey.** The specific intent of the bond, under seal, is to establish, by my witness, the **good credit in lawful money** specie of **Diplomat Khali Malik family of Bey.**

I, **Diplomat Khali Malik** family of Bey, do make this surety, pledge bond, under My seal, as full faith and credit guarantee, to any Lawful Bill, duly presented, to Me, under Seal, *under penalties of prejury*, in

*PAGE 1 OF 3*
*NOTICE OF SURETY ACT AND BOND*
*ESTATE* By: **Khali Malik Bey** *living Soul._____Seal*

Lawful money of account of the united states of America, in the matter of correct public judicial/corporate actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of the peculiar private party listed above and her/his heirs and assigns.

The intent of the bond, under Seal, is to establish, by My witness, the good credit, in the sum certain amount of at least One Thousand (1000) Troy Ounces of **.999** Silver Rounds and Bars, which carries no debt obligation worldwide, minted by the American Treasury, united states of America. Lawful specie Dollars of the united states of America, available to bond the actions of the private party listed above, and further, in reservation of Rights under common law and customs of the united states of America, original Jurisdiction, original Rules, has, before this assembly of Men, a bond in tender of One Thousand **(1000)** Troy Ounce **.999** Silver Rounds and Bars, Act of A.D. 1792, bond of identity and Character as proof positive, competent evidence, **Diplomat Khali Malik family of Bey** cannot be bankrupt, the *causa debendi*, not *cession bonorum*, or a *forma pauperis, dolus* trust.

The life of this Bond covers a period of the lifetime of the peculiar private party listed above, whereby, by the signature Jurat and Seal of **Diplomat Khali Malik family of Bey**, in capacity as beneficiary of the Original Jurisdiction, surety, guarantor, herein confirms, attests, and affirms this Bond.

All assumptions and presumptions that will controvert and overcome this Bond have to be proven in writing, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, signed and sealed before three (3) witnesses as a valid response, if any. Absent your response required under the three (3) day grace period from receipt under the Law of Contracts, to respond and rebut this Notice of Surety Act and Bond, point for point, unless you request in writing an extension of time to respond, you have committed a fault and have defaulted and are hereby collaterally stopped from any further adversarial actions against the peculiar private party listed above, and for good cause not limited to the laws of collateral stopped, coercion, fraud and want of subject matter jurisdiction, the peculiar private party listed above Demands that the cause (s) be vacated, dismissed and the accounts be immediately discharged with prejudice. A lack of response or rebuttal under the penalties of perjury means you assent to this Notice of Surety Act and Bond and that a fault exists, creating fraud through material misrepresentation that vitiates all forms, contracts testimony, agreements, etc. expressed or implied, from the beginning, upon which you are relying, and there is no permission by consent or assent for any demand of payment being ordered or levied against the peculiar party listed above. The peculiar private party listed above further demands that the records be expunged and the records and facts of any attached captioned case be turned over to the FBI, Secret Service and any other interested federal agencies for their investigation of violations of federal law and any interlocking agencies thereto, et al. Failure to comply pursuant to the Law of Contracts will negate your remedies. Third party to serve on the case of the peculiar private party listed above will make you liable for civil and criminal prosecution.

**NOTE: THIS DOCUMENT WILL BE MADE A PART OF THE PUBLIC RECORD AND WILL BE USED TO ESTABLISH AND ADMINISTRATIVE RECORD WHICH WILL BE PROVIDED AS EVIDENCE IN ANY JUDICIAL PROCEEDING AT LAW OR EQUITY.**

All Rights Reserved

nature of an Affidavit

Session: one supreme Court

## Act of State
## Declaration of Standing and Identity

I, *KHALI MALIK BEY*™ ® © by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine Moor and a Private, Sentient, Civilian, Absolute Sovereign Neutral in itinere upon the Land within the constitutional Public survey boundaries of The State Illinois, a Republic, of a constitutional Township, within the body of a constitutional county, the proper jurisdictions of the Common Law thereto, do solemnly make this Declaration of Status and Identity, pursuant to my absolute freedom of religion, of an Ambassador on a Mission and Subject; and an Moor / American National Principal in good Standing and Behavior, sovereign, with "dominium" (absolute owner) and inhabitant of the organic united States ("a more perfect Union") by the Constitution for the united States of America (1791 to Date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto /Corporate), by means of fictions or otherwise, of any changes in my lawful Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictitious "U.S."; "person", "whoever", "consumer", "individual", "citizen", "citizen-subject" "plaintiff/defendant", "resident", "taxpayer", "driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties under the hypothecated, Corporate/Legislative/Military/Maritime/ Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, STATE OF ILLINOIS, COUNTY OF COOK, CITY OF CHICAGO AND ZIP 60624; *KHALI MALIK BEY* etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", does and will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and Pursuit of Happiness"), until such time as the present De Facto/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Serial) Number as having been recognized, received, recorded, and issued by the De facto/Corporate government. As this Number is the International registration, National authentication, and State certification of a Public Document of the united States of America, my Nation, as well as identification of all guaranteed, absolute properties, whether Private or Public; have been, are, will be in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, absolute Private and Public properties by any of the De facto/Corporate officers, etc. will result in damages of Ten Million Dollars of united States (nation-state) specie Money (united States Dollars silver/"Blocked"), that being enumerated in Article I, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the united States of America (1791 to Date), to be multiplied by not only the damaging party(s), but all those in concert and causes of action.

This Declaration is made absolute by the attached Apostille (The State Illinois copy, and, pursuant to 15 Stat. ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record, Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Registered) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at anytime applied and/or attached to Me, pursuant to Congressional demand within 15 Stat. ch. 249. I can redefine, reverse, alter, amend, change this Action of State, at any time or place I should desire, effecting my birthright treaties, chattels, loans, mortgages, relationships, taxes, government regulations, private rights held back from government(s), externalities, declaration of restrictions, presentments, economic liberties, research and development of rights, not limiting any other restrictions.

Dates: Spiritual; "In the Beginning" plus Six Days.;Announcement of live birth: 03/27/1987

By: _Bey Khali Malik_ _____ ™® © (common-law);

Moor/American Inhabitant/Inhabitant of Illinois;
Private, Sentient, Civilian Absolute Moor Neutral;
United States of America: The State Illinois, a republic. "Within" a constitutional county and a constitutional township republics;

"... at the mouths of two witnesses, or at the mouths of three witnesses, shall the matter be established." Deuteronomy19:15

By: _El Bant Kimberly Rocquel_ ©     By: ™ _Bey Rodriguez Cesar_ ©
Divine, Sentient, and Common Law Witness        Divine, Sentient, and Common Law Witness

Diplomatic Protest

Lithuania.  This facilitated the maintenance of Governments-in-Exile of the Baltic Republics and the maintenance of embassies in Washington, D. C., which persisted through the Cold War Era until these countries managed to recover their independence

Accordingly, matters pertaining to *de jure* Governments-in-Exile are matters of public international law.  The *de jure* sovereignty of a state which has been usurped by a foreign conqueror is not extinguished by such usurpation but survives as long as such sovereignty is kept alive by **competent diplomatic protests**. See Philip Marshall Brown, "Sovereignty in Exile,"   35   American   Journal   of International Law (1941), p. 666-668.

**Exiled Sovereigns and Governments** *choice of law* **that of usurped state to govern political and public acts:**

Under Public International law a Government-in-Exile, monarchical or republican, is deemed to have the implied constitutional power to perform all normal acts of state  ...  including those acts which by its own constitution would require the consent of an organ of government, such as a parliament, the congress, senate, and the higher Supreme Court of the People, which are at present suspended due to the conditions arising from a usurpation of sovereignty.  See F. E. Oppenheim, "Governments and Authorities in Exile," 36 American Journal of International Law (1942), pp. 568 at 581-582.

In such cases the **choice of law** by the parties making the renunciation of dynastic rights concerning sovereignties is the public law of that former State rather than the law of the place where the renunciation was signed.

Choice of law is very common in private law commercial law contracts: A grain supplier located in Argentina shipping wheat to a purchaser in Russia upon a Liberian ship will commonly contract that the law relating to the shipment of the wheat will be British law (because British shipping law has been so well interpreted) even though neither the buyer, seller or the shipper has any 'contact' with the United Kingdom. In all such cases courts will apply the law of choice as the substantive law governing that contract as the **proper law** applicable to that contract rather than the law of the place where the contract was signed, the goods were delivered, or the nationality of the vessel making delivery.

Thus, if a Government-in-Exile located abroad (say the Governments-in-Exile of one of the three Baltic Republics during the Cold War Era) makes a public law act concerning its former State which has been usurped (as were the three Baltic Republics by the Soviet Union), the legal validity of the acts of that Government-in-Exile are governed by the **public or constitutional law of that usurped State** rather than by the law of the place where the Government-in-Exile happens to be located.

Diplomatic Protest

*Schlesinger v Reservists Committee to Stop the War*, 418 US 208, 232-3. "We tend to overlook the basic political and legal reality that the people, not the bureaucracy, are sovereign. ... Executives, lawmakers, and members of the Judiciary are inferior in the sense that they are in office only to carry out and execute the constitutional regime."

*Afroyim v Rusk*, 387 US 253; 87 S.Ct. 1660. "In our country the people are sovereign and the Government cannot sever its relationship to the people by taking away their citizenship. Our Constitution governs us and we must never forget that our Constitution limits the Government to those powers specifically granted or those that are necessary and proper to carry out the specifically granted ones."

The concept of sovereignty stands on its own. The sources shown below may help you to see that it is an established fact, as well as a respected and valid concept.

"The **People** of a State are entitled to all rights which formerly belonged to the King by his prerogative." *Lansing v. Smith,* 4 Wendell 9, 20 (1829)

"...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty." *CHISHOLM v. GEORGIA* (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL 1793 pp471-472

"The rights of national extend to all persons and things not privileged, that are within the territory. They extend to all strangers resident therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory. All strangers are under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection." *Carlisle v. United States*, 83 U.S. 147, 154 (1873)

*Hale v Henkel,* 201 US 243. "The individual may stand upon his constitutional rights as a National. He owes no such duty to the state, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the Law of the Land long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. He owes nothing to the public so long as he does not trespass upon their rights."

A vast assortment of supportive reference material is available however, I feel I have displayed a sufficient array for confirmation and clarity of my Claims.

The **"Doctrine Of Contribution"** applies explicitly to Affiant, for I: a wo/man called **Diplomat Khali Malik**: of the family of **Bey**: a **Muur** without subjects: distinguished by my Great Seal: holding the office of the people: adhere to the Ten Commandments: with full liability: in and for the judicial-district: Lexington: the county; country of Illinois: under the authority of the one living deity: King of kings, and Lord of lords: Allah: **Diplomat Khali Malik Bey**
Diplomat political power Absolute Privilege.

*All Rights Reserved*

*Publici Juris / Antiquo /Affidavit*

Session: one Supreme Court

## Act of State
### Reaffirmation of Dual Citizenship
### Declaration of Standing and Identity
### Declaration of A Divine/*Public Minister* Related to The Sacred Body

For the Man, **Diplomat Khali Malik Bey**, Here: living-in-being …Â® Bey Khali Malik Â© **by** International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation of the Great Universal Absolute God(Elohim) in Full Life and a Private, Sentient, Civilian, Absolute Sovereign Neutral *initinere* inhabitant upon the Land(soil) within the constitutional geographical (Public survey) boundaries of The State of Illinois, a Republic, of a constitutional Township, within the body of a constitutional county (cook), the proper jurisdictions of the Common Law thereto, do solemnly make this Declaration of Standing and Identity, this reaffirmation of Dual Citizenship, pursuant to my absolute freedom of religion, of an Diplomat on a Mission and Subject-Citizen of the Kingdom of Heaven under its Creator(Elohim); and an *Autochthon/Muur-American/Choctaw* Sovereign Citizen-Principal in good Standing and Behavior Beneficiary/Executor: Teacher of the Consulate of Al Moroc for the Great Universal God(Elohim) and *"dominium plenum"* **(absolute owner) inhabitant of the organic United States ("a more perfect Union") by the Constitution for the united States of America (1789 to Date) as ordained and established, with a reservation of all Divinely created and inherent unalienable Rights/Privileges.** It is at the same time that I renounce and declare void, *ab initio*, any and all attempts **(De Facto/Renegade/Corporate)**, by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictitious "U.S."; "person", consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties under the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, being fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, STATE OF ILLINOIS, COUNTY OF COOK, CITY OF CHICAGO, **Diplomat Khali Malik BEY** nor any derivative thereof neither in whole nor in part, nor in any manner whatsoever, SS#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, BC#112-19870025727, **(Void),** etc. The United States government acts on states [Republics and Nations]. The Peoples of The Choctaw Nation of Muurs and/or THE *Consulate of Al Moroc* Government are NOT members [citizens] of the corporate state nor are they members [citizens] of the corporate United States; but rather, they are Citizens of both the Illinois Republic of 1849 and the United States of America of 1789. The Rights of Indigenous Peoples, as are The Choctaw Muurs, are reserved by the Ninth and Tenth Amendments of the Constitution for the United States of 1789. The Choctaw Nation of Muurs and/or Al Moroccan Empire, The Sacred Body, persist within a distinct political-religious sphere of sovereignty outside the jurisdiction of the corporate United States. The **Diplomat Khali Malik BEY** is engaged in carrying out the functions of The Choctaw Nation/Moorish Sacred Body within the Organic Illinois Republic and the Organic United States of America, as it is the sacred duty of the Ambassador/Diplomat to do so. The Sacred Body is not a creature of man nor the U.S. Constitution; nor are any of its members a resident of either the corporate state of the United States. Attention is directed to the commerce clause of the Constitution to enforce Congressional authority [the Trade and Intercourse Acts of 1790, 1793, 1796, 1799-1802, and 1834: See 1 State 137 and 25 U.S.C. 177]: …the federal government along would be responsible for regulating trade with 'Indian Tribes' in the same fashion it does so with foreign nations and between 'the various states' of the union. The Illinois Exempt personal property is held in fee by the united states of America, affirmed by treaty and land grant, with the Choctaw vested with the right of occupancy. As noted above, The Sacred Body and its Peoples are merely occupants of the land and user of the resources therein and the property thereof. The Sacred Body and its Peoples remain "unincorporated" forever; and the Peoples thereof retain their inalienable Rights under the Bill of Rights of 1791. When the United States government has parted with Title, that is

Page 1 of 4

# AFFIDAVIT OF RESERVATION OF RIGHTS

**THIS IS A PUBLIC NOTICE TO ALL.**
Notice to agent is notice to all principals.
Notice to principal is notice to all agents.
This applies to all successors and assigns.
All are without excuse.

Khali Malik Bey. de jure
All rights reserved UCC 1-308
8708 South Bennett Avenue suite# 200
Chicago. Illinois Republic. near [00000-9998]
Non-domestic without the United States

Let it be known to all that I, Khali Malik Bey. hereinafter also Affiant, me, my, myself, or I. explicitly reserve all of my rights. I retain all of my rights and liberties at all times and in all places. nunc pro tunc from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent or implied contracts and have never knowingly or willingly contracted away my sovereignty. Any benefits received by me must be billed to me or be construed by all as rights.

Further, I am not a United States citizen or a 14th amendment citizen. I am a State Citizen of the republic and reject any attempted expatriation. See 15 united States statute at large, July 27th, 1868 also known as the expatriation statute.

The violation of my liberty or rights constitutes agreement to pay a fee of $250,000,000 in advance per incident or per 15 minutes or any part thereof per officer and agency involved. jointly and severally, as liquidated damages, and the granting of power of attorney, both personally and as agent for and on behalf of any institution said agent represents, to access and withdraw funds from bank accounts, seize and liquidate property, and garnish streams of income from whatever source, as well as file such notices of lien as deemed necessary, for the purpose of effecting payment to Affiant or his nominee of the aforementioned fee. Use of any form of Affiant's name, or any name whatever, in reference to Affiant or any associated legal entity without express written permission is a violation of my rights, relevant fees continuing to accrue until each such use is rescinded in writing. Seizure or search of Affiant or any of Affiant's property for any reason incurs the aforementioned fees on a per item basis. Removal of myself, my property, or the property of any trust with which I am associated from any dwelling or motorized or other conveyance, or entry into or search of said dwelling or conveyance, that I have previously occupied or currently occupy, if said removal, search, or entry is without my express written permission, is a violation of my rights. Any action enumerated herein taken against the Affiant or any known associate of the Affiant is a violation of my rights and an act of terrorism. Wherefore all have undeniable knowledge.

Affiant, Khali Malik Bey, sui juris, is a natural born living man of Illinois in its de jure capacity as a republic, and as one of the several states of the union created by the Constitution for the United States of America 1777/1789. I am an American national and a common man of the Sovereign People, and one of the People as contemplated in the preamble to the aforementioned Constitution. Affiant does swear and affirm that Affiant has scribed and read the foregoing facts, and which, in accordance with the best of Affiant's firsthand knowledge and conviction, are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

By: _____ de jure
This Affidavit is dated_____,
Wasat, Illinois Republic, and affirmed and subscribed
to before me on this_____ day of_____, 2020,
by_____, sui juris,



Diplomatic Protest

international law, not the local municipal law.

The validity of dynastic renunciations referencing subjects of public international law is subject only to the peremptory norms of international law. See Lord McNair, Law of Treaties (1961), pp. 213-236. Brownlie, Principles of Public International Law, p. 417. See also Article 53 of the 1969 Vienna Convention on the Law of Treaties.

Similar to treaties, the renunciation of rights to subjects of international law are governed by the canons of construction applicable to treaties and international agreements.

### Survival of *de jure* Sovereignty and Governments-in-Exile:

Under the doctrines of public international law a ruler who is deprived of the government of his country by either an invader or revolutionaries remains the legitimate de jure Sovereign of that Country while the de facto regime set up by the revolutionaries or the invader is considered an "usurper", both constitutionally and internationally. See Hugo Grotius De jure belli ac pacis, libri Tres, Book I, Chapter 4, Nos. 15-19.

Such de jure possession of sovereignty continues so long as the de jure ruler or government does not surrender his sovereignty to the usurper. See Johann Wolfgang Textor, Synopsis Juris Gentium, Chapter 10, Nos. 9-11.

Upon the fall, dispossession, or usurpation of a monarchy, the *de jure* legal rights to the succession of that monarchy may be kept alive indefinitely through the legal vehicle of making **diplomatic protests** against the usurpation. See Emerich Vattel, Le Droit des gens, Book II, Chapter II, Nos. 145-146.

Such Claimants are *de jure* Sovereigns and, as such, Head of the Government-in-Exile of their usurped country.

Governments-in-Exile are subjects of public international law, and matters relating to them are within the scope of the jurisdiction of public international law as the applicable **proper law** ... rather than the law of the place where that Government-in-Exile may be located. See Whitman, Digest of International Law, Vol. I, pp. 921-930. F. E. Oppenheim, "Governments and Authorities in Exile," 36 American Journal of International Law (1942), pp. 568-595. Oppenheim-Lauterpacht, International Law, Vol. I, No. 144.

The public international law regarding the legal effect of protests against the usurpation of sovereignty applies to **republics** as well as to monarchies, democracies, or oligarchies: The United States of America refused to recognise the 1939 Soviet usurpation of the three Baltic Republics of Estonia, Latvia, and

*Hague Convention of 5, October 1961*
*Diplomatic Relations and Diplomatic Immunity Treaties*
*Congress of the United States Signed and Ratified in 1981*
*Consulate of Al Moroc*

*Muurs Amurrikan Principality Autonomous sovereign*
*Government*
*Public Minister Diplomatic Privileges Act 1708 s. 4*

Vienna Convention on Diplomatic Relations
Vienna Convention on Consular Relations 21 U.S.T. 77
Convention on Privileges and Immunities of the United Nations
The Diplomatic Relations Act 22 U.S.C. § 254a – 258e; 28 U.S.C. § 1604, 28 U.S.C. §§ 1605-1607
International Organizations Immunity Act 22 U.S.C. § 22et Seq.   21 U.S.T. 1418,   22 U.S.C. § 2370
Diplomatic Privileges Act 1708
Treaties between the United States and other nations are not Codified as part the United States codes but are published in a
separate publication. TIAS 10072;  33 U.S.T.883;  23U.S.T.3227-3250

## *International Bill of Rights*

The United Nations Charter signed June 25, 1945; in force since October 24, 1945; located in New York City.
The Universal Declaration of Human Rights in force in U.S. since December 10, 1948.
U.N. Declaration on the Rights of Indigenous People, Sub-Commission Resolution 1994/45.
The Declaration on the Granting of Independence to Colonial Countries and People in force since December 14 1960.
The International Covenant on Civil and Political Rights in force in U.S. since March 23, 1976.
The International Covenant on Economic, Social and Cultural Rights, in since November 20, 1976.
The American Conventional on Human Rights in force in U.S. since July 18, 1978.

## *Foreign Sovereign Immunity Act of 1976*

Bond v. United States, 529 US 334-2000 -Cited by 761
Bond v. US 131 S. Ct. 2355' 2011 Supreme Court, Cited by 306
Bond v. US 1F, 3d 631-1993 court of appeals 7th Cited by 66
Immunity from Seizure Act 22 U.S.C. § 2495

## *Heir of Freedom*

1. The Article of Association first Continental Congress of the United States of America 1774.

2. The Declaration of Independence second Continental Congress of the United States of America 1776.

3. The Articles of Confederation for the united states of America agreed by Congress November 15, 1777, ratified and in force March 1, 1781.

4. The North Ordinance, territories to become Republic forms of United States government in force since July 13, 1787.

5. The Constitution for the united states of America, inaugurated in New York city March 4, 1789.

6. The Bill of Rights Amendments though X adopted by Congress on September 30th 1789.

7. The Original Organic Constitution for the State of Illinois of 1818 and admission to the Union on August 26, 1818.
Under the original organic structure of the foundational of these united states of America they are Free and True sovereign.

The Asiatic Aboriginal Ambassadors Muurs (Moorish)
Nationals is under the Original foundation structure (The

*Al Moroccan Empire*

### All-Purpose Acknowledgement

Consulate of Al Moroc )

      On the ___1st___ day of ___August___, 2020 *Anno Domini*, before me personally appeared ___Tm Bey Khal-Malik ©___, personally known to me (or proved to me on the basis of satisfactory evidence) to be the Person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in His authorized capacity, and that by His signature on this instrument the Person, or the entity upon behalf of which the Person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Foreign National

                           # # #



Al Morrocan Empire

16.   The Affiant had no liability for any type, kind or class of Federal Income Tax in past years, and was and is entitled to a full and complete refund of any amounts withheld, because <u>any liability asserted and amounts withheld were premised upon a mutual mistake of fact regarding the Affiant's status</u>. The Affiant has never knowingly, intentionally, and voluntarily changed his Citizenship status nor has he ever knowingly, intentionally, and voluntarily elected to be treated as a "resident" of the "United States". And further

17.   The Affiant, to the best of his current knowledge, owes no "tax" of any type, class or kind to the "United States" as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder.  And further

18.   The Affiant anticipates no liability for any type, class or kind of federal income tax in the current year, because the Affiant does not intend to reside in the "United States", he does not intend to be treated as either a "resident" or a "citizen" of the "United States", he is not and does not intend to be involved in the conduct of any "trade or business" within the "United States" or receive any "income" or "wages" from sources within the "United States", as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further

19.   The Affiant, by means of knowingly intelligent acts done with sufficient awareness of the relevant circumstances and consequences (<u>Brady v. U.S.</u>, 397 U.S. 742, 748 (1970)) never agreed or consented to be given a federal Social Security Number (SSN), same said as to a federal Employee Identification Number (EIN) and, therefore, waives and releases from liability the "United States" and any State of the Union of 50 States, for any present or future benefits that the Affiant may be entitled to claim under the Old-Age Survivors and the Disability Insurance Act, and/or the Federal Unemployment Tax Act. Additionally, your Affiant makes no claim to any present or future benefits under any of the foregoing;  and

20.   Therefore, I, **Khali Malik Bey**, am a natural born free inhabitant and, as such, a Muurs American National/Principal inhabiting the Illinois republic.  Therefore, I am not "**within** the United States" but lawfully I am "**without** the United States" (per **Title 28, U.S.C., Section 1746, Subsection** 1), and therefore I have no standing capacity to sign any tax form which displays the perjury clause pursuant to **Title 28, Section 1746, Subsection 2**. And further

**PLEASE NOTE WELL:** At no time will the Affiant construe any of the foregoing terms defined within the Internal Revenue Code, Title 26, United State Code, or within any of the other United State Code, in a metaphorical sense.  When terms are not words of art and are explicitly defined within the Code and/or within a Statute, the Affiant relies at all times upon the clear language of the terms <u>as they are defined therein</u>, NO MORE and NO LESS:

*Al Moroccan Empire*

3.     The Affiant is a *"NONRESIDENT ALIEN" with respect to* the "United States", as that term is defined and used within the Internal Revenue Code (Title 26, United State Code) and/or Title 27 and the rules and regulations promulgated thereunder as follows:

The Internal Revenue Code (Title 26, United State Code) and associated federal regulations, clearly and thoroughly make provision for Americans born and living within one of the 50 Sovereign States of America, to wit:

**Section 1.871-4 Proof of residence of aliens.**

(a)     **Rules of evidence.** The following rules of evidence shall govern in determining whether or not an alien within the United States has acquired residence therein for purposes of the income tax.

(b)     **Non residence presumed.** An alien by reason of his alienage, is presumed to be a nonresident alien.

[26 CFR 1.871-4]

And further

4.     The Affiant was not born or naturalized in the "United States", consequently he is not a "citizen of the "United States" nor a "United States citizen", as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder; and, therefore, he is not subject to the limited, exclusive territorial or political jurisdiction and authority of the "United States" as defined.

The "United States" is definitive and specific when it defines one of its citizens, as follows:

**Section 1.1-1**

(c)     **Who is a citizen.** Every person born or naturalized in the United States and subject to its jurisdiction is a citizen.

[26 CFR 1.1-1(c)]

And further

5.     The Affiant is not a "citizen of the United States" nor a "United States citizen living abroad", as those phrases are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder.  And further

6.     The Affiant is not a "resident alien residing within the geographical boundaries of the United States", as that phrase is defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder.  And further

7.     The Affiant is not a "United States person", a "domestic corporation", "estate", "trust", "fiduciary" or "partnership" as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder.  And further

*The Federal Zone:*

Reader's Notes:

This bond is to the credit of the private party listed hereon, **Diplomat Khali Malik Bey**, as full faith and credit guarantee under Seal in Lawful specie money of account of the united States of America to any Lawful Bill in Redemption duly presented, to wit:

The Bill of Redemption is a tender as set-off for any alleged contract, agreement, consent, assent purportedly held, as an obligation or duty against **Diplomat Khali Malik Bey** so as to cause an imputed disability or presumption against the capacity, Rights and powers of **Diplomat Khali Malik Bey**. The specific intent of the bond under seal is to establish, by witness of the undersigned, the good credit in Lawful money specie of **Diplomat Khali Malik Bey**.

I, **Diplomat Khali Malik Bey** do hereby make this surety, pledge, bond under My seal as full faith and credit guarantee under Seal in Lawful money of account of the united States of America, to any Lawful Bill duly presented to the undersigned, in the matter of correct public judicial actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of the particular private party listed above.

The intent of the bond, under Seal, is to establish, by witness of the undersigned, the good credit, in the sum certain amount of at least twenty one dollars in silver coinage, .900 fine, minted by the American Treasury, united States of America, pre-1933 issue, Lawful specie dollars of the united States of America, available to bond the actions of the private party listed above. Further, in reservation of Rights under Original Jurisdiction, Original Rules, **Diplomat Khali Malik Bey** has a bond in tender of twenty one silver dollars, Coinage Act of A.D. 1792, Bond of Identity and Character as proof positive, competent evidence, that **Diplomat Khali Malik Bey** cannot be bankrupt, the *causa debeni*, cannot be under the doctrine of *cessio bonorum*, or a *forma pauperis, dolus* trust.

The life of this bond is for a period of one year from the date below, whereby, by the signature of **Diplomat Khali Malik Bey**, surety, guarantor, hereon, conforms, attests, affirms this bond.

Done this the 1ˢᵗ day of the August month, Anno Domini, in the year, two thousand and twenty.

*Teste Meipso*
{SEAL}
L.S. In Bey/ Khali Malih ©     No Dolus
Signed only in correct public capacity
As beneficiary to the original jurisdiction.

## NOTICE OF FOREIGN JURISDICTION
## TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO A PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. **THE BEARER OF THIS NOTICE Khali Malik Bey** has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

{SEAL}

L.S. _Bey Khol Malik ©_
Signed only in correct public capacity as
Beneficiary of the Original Jurisdiction

**Diplomat Khall Malik Bey**

Location: in care of Consulate of Al Moroc
8708 South Bennet
Chicago near [60617-9998]
Illinois Republic

## CONVEYANCE BOND

| Wasat | ) | |
|---|---|---|
| | ) | Asseveration |
| Illinois Republic | ) | |
| | ) | |
| united states of America | ) | |

L.S. _Bey Khol Malik ©_   No Dolus
Signed only in correct public capacity
As beneficiary to the original jurisdiction.

## NOTICE OF SURETY ACT AND BOND

KNOW ALL MEN BY THESE PRESENTS, I, **Diplomat Khall Malik Bey**, Principle, surety, guarantor, a free man upon the free soil of this Republic, state that I am of legal age, competent to testify, have personal first hand knowledge of the truths and facts herein being true, correct, complete, certain and not misleading.

I, **Diplomat Khall Malik Bey**, of my own free will and accord, in the presence of Almighty God, in good conscience, do willingly undertake to act as surety, to pledge and provide private bond in the amount of twenty one dollars in silver coinage, .900 fine, minted by the American Treasury, united States of America, pre-1933 issue, Lawful coin dollars of the united states of America, personally held by the undersigned.

conspiracy, McNalley v Pulitzer Pub. Co. (1976) 532 F 2d 69, 429 US 855, 50 L Ed 2d 131, to conspire, through said conspiracy, to impede or hinder, or obstruct or defeat the due course of justice in a State or Territory, with the purposeful intent to deny the equal protection of the law, under color of State law or authority, or other, Griffin v. Breckinridge (1971) 403 US 88, 91 S Ct. 1790, depriving of having or exercising a Right, Federal Conspiracy to Obstruct Justice Act (Title 42 USCS Section 1985(2), deprivation of due process, even by federal officials, Williams v. Wright (1976) 432 F Supp 732, Founding Church of Scientology v Director, FBI (1978)459 F Supp 748, 98 L Ed 2d 150, 108 S Ct 199, even District Attorneys, Rouselle v Perez (1968) 293 F Supp 298, places upon you the badges of fraud, prior knowledge, superior knowledge of the law, will of intent, perjury of Oath of Office, constructive treason, bad faith, breach of fiduciary/ trustee responsibility, whereupon "Being fiduciaries, the ordinary rules of evidence are reversed," (1939) 103 F 2d 685. Further, being advised, as in Ex Parte v Young, 209 US 123 (1908), **"The attempt of a State Officer to enforce an unconstitutional statute is a proceeding without authority of and does not effect, the State in its sovereign or governmental capacity, and is an illegal act, and the officer is stripped of his official character and is subject in his person to the consequences of his individual conduct. The State has no power to impart to its officer immunity from responsibility to the supreme authority of the United States."**  (Emphasis added.)

49.    From Perry on Trusts, (7th ed), Sec. 851 "... in order that the release, confirmation, waiver, or acquiescence may have any effect .... The cestui que trust must also know the Law, and what his rights are, and how they would be dealt with by the court." The Supreme Court of Arizona in Garrett v Reid Cashion Land, 34 Ariz 245, 270 P. 3044 at page 1052 quotes thus from Adair v Brimmer, 74 NY 539 "Confirmation and ratification imply to legal minds, knowledge of a defect in the act to be confirmed, and the right to reject or ratify it. The cestui que trust must therefore not only have been acquainted with the facts, but apprised by the law, of how these facts would be dealt with by a court of equity, All that is implied in the act of ratification, when set up in equity by a trustee against his cestui que trust, must be proved, and will not be assumed. The maxim 'ignorantis legis excusat neminem' cannot be invoked in such a case.  **The cestui que trust must be shown to have been apprised of his legal rights."** (Emphasis added.)  Also from Ungrich v Ungrich, 115 NYS 413, 417, "The rule (is) that to fasten ratification upon a cestui que trust he must not only have been acquainted with all the facts, but apprised also in the law, and how such facts would be dealt with by a court of equity." Likewise, Thaw v Thaw, 27 Fed 2d 729, US v Carter, 217 US 286, 54 L Ed 769, Wendt v Fisher (Cardozo, J.) 234 NY 439, 154 N.E. 303, Leach v Leach, 65 Wis. 284, 26 NW 754.

50.    The delay in discovery of the Frauds stated herein pursuant to Amendment XX provides no defense to the remedy, laches or otherwise.  Michoud v Girod, 4 How 503, @ 561, 11 L Ed 1076, Pomeroy's Equity, Sec. 847, Wiget v Rockwood 69 F @d 326, et seq., and from Texas & Pacific Ry, v Pottorff, 291 US 245, 78 L Ed 777, in Braun, supra, "the doctrine is thus affirmed. It is the settled doctrine of this court that no rights arise on an ultra vires contract, even though the contract has been performed; and this conclusion cannot be circumvented by erecting and estoppel which would prevent challenging the legality of a power exercised." And from US v Grossmayer, 9 Wall 72, 19 L Ed 6 27, "A transaction originally unlawful cannot be made any better by being ratified." And, further, following Braun, supra, "It is held axiomatic that no right, by ratification or other means, can arise out of fraud." 13 C.J. 492, Sec. 440, 6 R.C. L., p 698, the following is quoted in Thompson on Corporations, 3rd Ed Sec. 2828, from Central Transportation Co. v Pullman Palace Car Co., 139 US 24, as established doctrine of the Supreme Court, "No performance of either side can give the unlawful contract any validity, or be the foundation of any right of action upon it." As said long ago by the great Justice Story in Prevost v Gratz, 6 Wheat 481, 497; 5 L Ed 311, 315, **"It is currently true that length of time is no bar to a trust clearly established; and in a case where fraud is imputed and proved, length of time ought not, upon principles of eternal justice, to be admitted to repel relief. On the contrary, it would**

# DEMANDS

35.     **DEMAND IS HEREBY EXPRESSLY MADE TO IMMEDIATELY:**

36.     **RETURN THE DEPOSITUM FOR BAILMENT** to **Diplomat Khali Malik Bey** in his capacity as descendent by blood of the original Bailor/Grantor/Settlor and his endowment to warrant same by Almighty God, pursuant to the terms, conditions, stipulations, exceptions and reservations contained within the Original Grant.

**ACKNOWLEDGEMENT, RECOGNITION AND RETURN BY THE BAILEE OF THE SAID DEPOSITUM OF BAILMENT** to **Diplomat Khali Malik Bey** as repository trustee for the Original public Trust.

38.     **EXHIBIT THE AUTHORITY** whereby **Diplomat Khali Malik Bey** can be compelled, forced or enticed to falsely act as a tort feasor to Article 1, Section 10, Clause 1 of the Original Grant against his will by using the aforementioned fictional bank notes within a scheme of discharge disguised as payment.   Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that no such authority exists.

39.     **EXHIBIT THE AUTHORITY** whereby **Diplomat Khali Malik Bey** can be compelled, forced or enticed to falsely present himself as a United States Citizen/person in violation of the Fourteenth Amendment prohibition against slavery and involuntary servitude. Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that no such authority exists.

40.     **ADMIT OR DENY** that all actions of the UNITED STATES, the STATE OF ILLINOIS and all political subdivisions thereof whether judicial, administrative, municipal, county or otherwise are by their nature actions *indebitatus assumpsit*.  Failure to respond within thirty (30) days of PUBLIC NOTICE comprises admission of an ongoing Fraud against the beneficiaries of the Original Jurisdiction

> "Suits as well as transfers may be the protective coverings of fraud," Steelman v. All Continent Corp., 301 US 278, 81 L. Ed 1085; Shapiro v. Wilgus, 287 U.S. 348, 355, 53 S.Ct. 142, 144, 85 A.L.R. 128.   "The fact that the means employed to effect the fraudulent conveyance was the judgment of a court and not a voluntary transfer does not remove the taint of illegality," First National Bank v. Flershem, 290 US 504, 78 L. Ed. 465. "… it is obvious that the fraud did not occur in open court nor in that sense enter into the decrees under attack, hence the fraud of which we complain was not susceptible to insulation.  In the language of Shapiro v Wilgus, 287 US 348, 77 L. Ed 355. It was part and parcel to a scheme whereby the form of a judicial remedy was to supply a protective cover for a fraudulent design." Also, Steelman, supra Flersham, supra, Braun, supra., "That in the absence of an adversary trial or decision the distinction between extrinsic and intrinsic fraud becomes immaterial and made clear by the following from the Throckmorton opinion," 98 US 61, 65, Braun, supra.

41.     **EXHIBIT VERIFIED EVIDENCE** proving the time, place and nature of full disclosure of the benefits, risks and perils by which **Diplomat Khali Malik Bey** could knowingly volunteer to submit to the Federal Reserve Bank Act of 1913. Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that no such disclosure was made.

42.     **ADMIT OR DENY** that **Diplomat Khali Malik Bey** did in fact knowingly and voluntarily ratify the *cestui que* trust created by the UNITED STATES through the Federal Reserve Bank Act of 1913 which resulted in the use of grammatical derivations of **Diplomat**

"The use of this instrument/conveyance by Diplomat Khali Malik Bey is of necessity only and under HONORABLE CLARIFICATIONS, *nunc pro tunc* to December 23, 1913, in the absence of a reasonable alternative."

19.    The labor of Diplomat Khali Malik Bey is measured and valued *quantum meruit* exclusively in gold and silver coin. As the value of such labor is tangible, it cannot be measured by any instrument which serves as evidence of debt, notwithstanding that the operational currency of the corporate UNITED STATES consists exclusively of instruments noted thereon to be evidence of liability.

20.    Diplomat Khali Malik Bey hereby expressly states his intention to pay, extinguish and satisfy all of his obligations and make all parties whole. Accordingly, Diplomat Khali Malik Bey specifically disavows the use of "discharge" as a fraudulent transaction which implies payment but serves to covertly transfer the debts of Diplomat Khali Malik Bey to other parties contrary to Diplomat Khali Malik Bey deeply held Scriptural beliefs under Allah.

Diplomat Khali Malik Bey is not now and has never been a United States Citizen under the Fourteenth Amendment of the *ens legis* Constitution for the corporate UNITED STATES, notwithstanding any failures to properly pass the said amendment into law.

22.    Diplomat Khali Malik Bey has the absolute unalienable Divine right to keep and bear arms of any kind for protection of Self, family, and neighbors, by his own will and this DECLARATION.

23.    Diplomat Khali Malik Bey has the absolute unalienable Divine right to move and travel upon all public roadways in America, of whatever kind and nature, in whatever mode or carriage of transportation He may choose, without license or permission or any other infringement of that right, by her own will and this DECLARATION.

24.    In addition to all of the above, Diplomat Khali Malik Bey retains all of the Rights as enumerated and protected by the constitutions, bills of rights, and ordinance pursuant to the Original Jurisdiction.

# HONORABLE CLARIFICATIONS

25.    As it is a crime to conceal a crime and a fraud to conceal a fraud, Diplomat Khali Malik Bey makes HONORABLE CLARIFICATIONS against, abjures, denounces, refuses, takes exception and does not assent to:

26.    The formation of any institutional, bifurcated, public, *cestui que* trust in violation of the copyright of Diplomat Khali Malik Bey previously declared herein.

c. The United States is bankrupt pursuant to Perry v. United States, 294 US 330-381 (1935): 79 L. Ed 912.

d. United States is an obligor/grantor to the Federal Reserve Bank pursuant to the Federal Reserve Bank Act of December 23, 1913, 38 Stat 265, Ch 6.

e. The said Federal Reserve Bank Act comprises a contractual granting by Congress to the Federal Reserve Bank of a paramount and enduring (ex-warranto 1913-1933) lien on the assets of the United States and all parties who would use bank notes issued by the Federal Reserve Bank pursuant to 38 Stat 265, Ch 6 p266-267.

f. The Congress of the United States, by authority of the Gold Bullion Coin Act of 1985, PL 99-185, December 17, 1985, 99 Stat 1177 has decreed its intention that all Americans can no longer be forced into an obligor/grantor status in relation to said Federal Reserve Bank Notes.

g. The Constitution for the united States of America, 1787, Article 1, Section 4, Clause 2 (1856) states that Congress shall assemble at least once in every year, which shall be the first Monday of December.   Notwithstanding, Amendment XX, Section 2 (1933) states: "The Congress shall assemble at least once in every year, and that such meeting shall begin at noon on the third day of January, unless they by law appoint a different day."

14.     The Constitution cannot be in conflict with itself. The *de jure* legislature of the united States of America identified as "Congress" in the aforementioned Article 1, Section 4, Clause 2 (1856) adjourned *"sine die"* in 1861.     Evidence of its reconvening in the absence of a congressional quorum has not been exhibited by the United States. The national legislative body discernible in Amendment XX, Section 2 first appeared in 1863 by executive resolution as a department of the Executive Branch of government pursuant to "Emergency War Powers." This *de facto* "Congress" was conceived and continues to sit at the pleasure of the president of the corporate *ens legis* UNITED STATES.

15.     The *de jure* private people who, by their inherent character *in rerum natura*, are **foreign to and wholly without the corporate *ens legis* United States** are not subject to the actions, acts and whims of the *ens legis* Congress of the corporate UNITED STATES.  Accordingly, living Men *in rerum natura* are not subject to the Federal Reserve Bank Act of December 23, 1913 which wants for force and effect of law in the Original Jurisdiction.

16.     Disclosure of the facts and frauds stated herein has been denied to **Diplomat Khali Malik Bey** in his rightful capacity as beneficiary of the Original Jurisdiction by an extraordinary and persistent policy of covin, conspiracy, and collusion constructed and condoned by the UNITED STATES Congress, Amendment XX, the Federal Reserve Bank/System, and contractors, agents, assigns, successors, heirs, representatives, obligors and grantors thereof.

17.     It is well settled in law that "no right, by ratification or other means, can arise out of fraud."

18.     By this PUBLIC NOTICE, DECLARATIONS AND HONORABLE CLARIFICATIONS, the following addendum is attached by reference herein in its entirety to any and all Federal Reserve Notes, public policy instruments, and documents regardless of kind arising from or relating to the Federal Reserve Bank/System which are held, received or used by **Diplomat Khali Malik Bey** now and in perpetuity:

DEED OF SECONDARY CONVEYANCE OF INCORPOREAL
HEREDITAMENTS
AN AUTHENTICATED FOREIGN DOCUMENT
HAGUE CONVENTION, 5 OCTOBER 1961

# PUBLIC NOTICE, DECLARATIONS, AND HONORABLE CLARIFICATIONS

## THE LAW DOES NOT PERMIT IMPOSSIBILITIES

Wasat                              )          Asseveration
Illinois Republic                  )
united states of America           )    L.S. ___ *Bey Liel Malik* ©
    Signed only in correct public capacity
    As beneficiary to the Original Jurisdiction.

NOTICE. The term "Original Jurisdiction" herein and in all other documents issued by **Diplomat Khall Malik: Bey,** means the constitution for the united states of America, anno Domini 1787, and articles of amendment anno Domini 1791 and other original parent agreements as indexed in Paragraph Number 12 below.

*FIAT JUSTITIA, RUAT COELUM*
Let Right Be Done, Though The Heavens Should Fall

I, **Diplomat Khall Malik** of the family Bey, in public capacity as beneficiary to the Original Jurisdiction, being of majority in age, competent to testify, a self realized entity, a free man upon the free soil, an American National of the American Republic, My yeas being yeas, My nayes being nayes, do hereby state that the truths and facts herein are of first hand personal research, true, correct, complete, certain, and not misleading, so help me GOD.

## PUBLIC NOTICE

THIS DOCUMENT GIVES NOTICE TO all Public Officials by and through the Office of the Secretary of State, the United States of America a/k/a UNITED STATES a/k/a U. S. a/k/ a UNITED STATES OF AMERICA, and the Office of the Secretary of State, the State of Illinois a/k/a ILLINOIS a/k/a STATE OF ILLINOIS a/k/a IL a/k/a "this State" and to all whom it may concern, of the DECLARATIONS, LAWFUL, HONORABLE CLARIFICATIONS and other matters contained herein.

(4) The photograph submitted with this application is a genuine, current, photograph of me; and
(5) I have read and understood the warning on page two of the instructions to the application form.

VERIFICATION

Pursuant to 28 USC §1746(1)*, I declare under penalty of perjury under the Laws of the United States of America that the statements made on this passport application and within this statement are true, correct.

**With explicit Reservation of All Rights, Without Prejudice, Non-Assumpsit, without the United States, pursuant to 28 USC §1746 (1), I am, respectfully,**

_____
Khali Malik Bey
**RFD#** 3023 S Western Avenue Apt 218
Los Angeles, California Republic

**\*Title 28 §1746. Unsworn declarations under penalty of perjury**
**(1) If executed without the United States [Federal government]: "I declare (or certify, verify, or**
**state) under penalty of perjury under the laws of the United States of America that the foregoing is**
**true and correct. Executed on (date)_____**
**(Signature)_____.**

Khali Malik Bey whom I know (or with adequate identification has satisfactorily proved to me) appeared to attest and affirm that he/she is the person executing the forgoing document. I, THEREFORE, set forth my hand a seal in affirmation the execution thereof.

                                                      Seal
Notary Public witnessed me completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

a citizen of a particular state and not a citizen of the United States (Federal government; Fourteenth Amendment citizen). To hold otherwise would be to deny to the state the highest exercise of its sovereignty, -- the right to declare who are its citizens.
[State v. Fowler, 41 La. Ann. 380][6 S. 602 (1889)][emphasis added]

It is quite clear, then, that there is a citizenship of the United States (Federal government; Fourteenth Amendment citizen) and a citizenship of a State, which are distinct from each other and which depend upon different characteristics or circumstances in the individual.
[Slaughter House Cases, 83 U.S. 36][(1873)] [emphasis added]

There is a distinction between citizenship of the United States (Federal government; Fourteenth Amendment citizen) and citizenship of a particular state, and a person may be the former without being the latter.
[Alla v. Kornfeld, 84 F.Supp. 823][(1949) headnote 5] [emphasis added]

As you well know, the Constitution for the united States of America is the supreme law of the land.  Furthermore, as I stated in my passport application:

I claim no privileges or immunities provided by the 14th Amendment to the Constitution; not being a citizen subject to the jurisdiction thereof.

Note:  Although Khali Malik: Bey may have been issued a Social Security number and may been provided a Birth Certificate from Illinois and using a Illinois State Driver's License (State ID) as an identifying document, the use of such documents does not imply that I am a U.S. (federal) citizen.

I also believe that the Declaration of Oath Section of the passport application is written in error.  I am a Citizen of the united States of America *(3 above), not the same as a U.S. citizen and both of my parents were not U.S. (federal) citizens (Section 10).

My Oath with the Proper use of the words "United States" and "Citizen"

I declare under penalty of perjury under the laws of the United States of America *(3 above) Title 28 USC §1746(1) all of the following:
The collective name for the fifty States which are united by and under the United States Constitution for America. *(3 above) (NOT the Federal Government)
Illinoisian (natural born) and have not, since and acquiring American Citizenship (by birth and proper habitation in one of the sovereign states of the Union performed any of the acts listed under "Acts or Conditions" on the reverse side of this [the] application;
(2) The statements made on the application are true and correct;
(3) I have not knowingly and willfully made false statements or included false documents in support of this application;

Privacy Act, 1974, Section 7

(a)(1) It shall be unlawful for any Federal, State or local government agency to deny to any individual any

right, benefit, or privilege provided by law because of such individual's refusal to disclose his or her social

security number.  Pub, L.93-579, Section 7; 5 U.S.C. Sec. 552a.  Note unless: (2) Disclosure is required by

federal statute for welfare recipients to obtain and provide SSNs of children.

Section (b) Any Federal, State or local government agency which requests an individual to disclose his social

security account number shall inform that individual whether that disclosure is mandatory or voluntary, by

what statutory or other authority such number is solicited, and what uses will be made of it.

Please note the following concerning my proper nationality and citizenship:

The facts of my being born on the land: (Family of Bey, Khali Malik a native Illinoisian and True American Citizen) and with this document I am submitting, determine that my nationality is Illinoisian being born on the land commonly known as Illinois state and according to the U.S. Government printing Office Style Manual, page 93, section: 5.23 - In designating the natives of the States, the following forms will be used, and should be reflected on my passport in the section on "Nationality" - "Illinoisian as opposed to "UNITED STATES OF AMERICA" and therefore because of my birth, habitation and domicile, I am a True American Citizen of the united States of America*, NOT the same as a U.S. (federal) citizen, and entitled to a passport.

I am NOT a "Fourteenth Amendment citizen, born or naturalized in the United States, and subject to the jurisdiction thereof".  I am a Citizen of Illinois, being an inhabitant on the land known as Illinois state and therefore a Citizen of the united States of America*(3), as I stated in my passport application.

PLEASE NOTE: The Supreme Court has officially defined the key term "United States" to have three separate and distinct meanings:

[Hooven & Allison Co. vs. Evatt, 324 U.S. 652 (1945)] [Emphasis added.]

(1) It may be the name of a sovereign occupying the position of other sovereigns in the family of nations.

(2) It may designate the limited territory over which the sovereignty of the United States (Federal

Government) extends.

*(3) It may be the collective name for the fifty States, which are united by and under the U.S. Constitution.

A person who is a citizen of the United States (Federal government; **Fourteenth Amendment citizen**) is necessarily a citizen of the particular state in which he resides. But a person may be

# OPEN LETTER



From Author/Copywriter:
[General Executor ] [Timothy Christopher Taylor ]
American Minister/Citizen - Magister
c/o [3023 S Western Avenue Apt 218]
[Los Angele], [Republic of California], [90018]
Phone [323-394-9508]

POSTMASTER GENERAL          **CUSTOMER/AUTHOR'S COPY**          DEPT. OF TREASURY
7018 2290 0000 1761 6594    Certified Mail # [CertifiedNo]      7018 2290 0000 1761 6600

## OPEN LETTER OF SAFE-PASSAGE and CREDIT.

*Notice to All Foreign UNITED STATES Corporation – Citizens, Employees and Agents.*
*{OPEN LETTERS: an un-sealed (no envelope) document addressed by a government to all persons whom it may concern.}*

Dear U.S. Postmaster General and Postal Agents,

OPEN LETTER OF SAFE-PASSAGE is here and now issued for the American Minister/Ambassador: [General Executor ][Timothy Christopher Taylor ]; First by my power that remained vested in We the People of the United States of America and Second by my standing as an Age Representative using my Inherit Name of lawful Claim, [Beneficial owner/heir/sheriff/Private Attorney General/Executor/Diplomat/land owner][Khali Malik Bey], an American Territorial Magistrate/Sovereign. Thereby this OPEN LETTER OF SAFE-PASSAGE stands for the American Minister/Ambassador: [Private General Executor ][Timothy Christopher Taylor ] exempting him civil and criminal arresting charges put forth by all UNITED STATES and Individual STATE Corporate Governmental – Foreign Codes of Law as he is a Foreign Diplomatic and not a Corporate Citizen, Agent or Employee. He is a man of peace and he has the Right of free and unmolested travel and commerce but he maintains the Right of Self Defense when his freedom and peace are broken by an unauthorized foreign infringements.

OPEN LETTER OF CREDIT – as an American Citizen of AGE and by my power as it was vested in We the People of the United States of America, I have issued this LETTER OF CREDIT for my Minister [Private General Executor ][Timothy Christopher Taylor ] as my Drawing RIGHTS to the American POST OFFICE ESTATE Depositary byway of my in Trusted Bank Routing #[CA 90018-3464 US] to allow for the transferring U.S. POST OFFICE Treasury/Depositary Credited Funds to be used Justly when requested or required by the Law. *(Word usage derived from Anderson's 1889 Law Dictionary.)*

Authoritatively Signed and Sealed on: [10-05-2019].

American Minister/Citizen: UCC1-308/1-207 12 USC 411 *Timothy C. Tay*
[Private General Executor ][Timothy Christopher Taylor ]; the American Magister

American Inherit Blood Sovereign: UCC1-308/207 12 USC 411 *Khali Malik Bey*
[Beneficial owner/land owner/sheriff/Private Attorney General/heir/Executor/Diplomat ][Khali Malik Bey]; the Magistrate
*The correctly formatted Owner's name for Lawful Claims.*

OPEN LETTER

# OPEN LETTER

Page 1: ADDRESSEE Copy – Postmaster General and Postal Agents
Page 2: U.S. Treasury - Federal Financing Bank Copy (to be forwarded by the Postmaster General)
Page 3: CUSTOMER/AUTHOR'S Copy (other governmental agencies to be copied from this copy)

# OPEN LETTER



**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

Los Angeles County Registrar-Recorder/County Clerk

STATE OF CALIFORNIA        )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA  GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

___**03rd**___ day of ___**February**___ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CATRICE DANIELS, Deputy County Clerk

BRF03-3/3/2009



## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, ᵀᴹ KHALI MALIK BEY© _____ [name of custodian of original document], hereby swear (or affirm) that the attached reproduction of Certificates of Non Citizen Nationality [description of original document] is a true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the truthfulness, accuracy, and validity of the forgoing statement.

ᵀᴹ KHALI MALIK BEY© _____          02/03/2020 _____
Custodian's Signature                                                      Date

Custodian's Address: 3023 s Western Avenue ste. Los Angeles California 90018-3474

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles

Subscribed and sworn to (or affirmed) before me on February 3 _____, 20 20, by
Khali Malik Bey _____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

GLORIA GONZALEZ
COMM # 2314674
Los Angeles County
California Notary Public
(seal)          Comm Exp Jan 2, 2024

_____
Signature

(b) A person who claims to be a national, but not a citizen, of the United States may apply to the Secretary of State for a certificate of non-citizen national status. Upon - (1) proof to the satisfaction of the Secretary of State that the applicant is a national, but not a citizen, of the United States; and, (2) in the case of a non-citizen national born outside of the United States or its outlying possessions, taking and subscribing, before an immigration officer within the United States or its outlying possessions, to the oath of allegiance required of an applicant for naturalization.

## Section 101(a)(21) of the Immigration and Nationality Act:

The term "national" means a person owing permanent allegiance to a state.

## Section 101(a)(29) of the Immigration and Nationality Act:

The term "outlying possessions of the United States" means American Samoa and Swains Island.

## Section 101(a)(36) of the Immigration and Nationality Act:

The term "State" includes the District of Columbia, Puerto Rico, Guam, and the Virgin Islands of the United States.

## Section 308 of the Immigration and Nationality Act:

Unless otherwise provided in section 301 of this title, the following shall be nationals, but not citizens of the United States at birth:

(1) A person born in an outlying possession of the United States on or after the date of formal acquisition of such possession;

(2) A person born outside the United States and is outlying possessions of parents both of whom are nationals, but not citizens, of the United States, and have had a residence in the United States, or one of its outlying possessions prior to the birth of such person;

(3) A person of unknown parentage found in an outlying possession of the United States while under the age of five years, until shown, prior to attaining the age of twenty-one years, not to have been born in such outlying possessions; and

(4) A person born outside the United States and its outlying possessions of parents one of whom is an alien, and the other a national, but not a citizen, of the United States who, prior to the birth of such person, was physically present in the United States or its outlying possessions for a period or periods totaling not less than seven years in any continuous period of ten years -

(A) during which the national parent was not outside the United States or its outlying possessions for a continuous period of more than one year, and

(B) at least five years of which were after attaining the age of fourteen years.



**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

Los Angeles County Registrar-Recorder/County Clerk

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA  GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

____03rd____ day of ____**February**____ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CATRICE DANIELS, Deputy County Clerk

BRF03-3/3/2009

REGISTERED, PROTECTED & MONITORED BY



# CERTIFICATE
## OF REGISTRATION



## TIMOTHY CHRISTOPHER TAYLOR

**Registration number**
3eLdetju9OfHh6hQ

**Registration date**
March 7, 2019 at 1:13 AM

Literary work

**Description**
Internal Business

**Attached files**
1

**Work status**
Active

**Account status**
Non-verified

All original content submitted along with this work registration is created by the work owner or published under permission including but not limited to text, design, code, images, photographs and videos are considered to be the Intellectual Property of the work owner and are protected by copyrighted.com using the Digital Millennium Copyright Act Title 17 Chapter 512 (c)(3). Reproduction or re-publication of this content is prohibited without permission.

Registered, Protected & Monitored by Copyrighted.com © 2019



Los Angeles County Registrar-Recorder/County Clerk

DEAN C. LOGAN
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY
THAT **GLORIA  GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of
California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the
acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing
executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident
to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and
it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being
of record in this office.

(Valid only if the certification bears the
embossed Seal of the Registrar-
Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and
have hereunto set my hand and affixed the seal of
said County this

____ **03rd** ____ day of ____ **February** ____ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CATRICE DANIELS, Deputy County Clerk

BRF03-3/3/2009



## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, ᵀᴹ KHALI MALIK BEY© _____ [name of
custodian of original document], hereby swear (or affirm) that the attached reproduction
of Certificate of Registration _____ [description of original document] is a
true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the
truthfulness, accuracy, and validity of the forgoing statement.

ᵀᴹ KHALI MALIK BEY© _____        02/03/2020 _____
Custodian's Signature                                          Date

Custodian's Address: 3023 S western Avenue ofc Los Angeles California 90018-3474

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles

Subscribed and sworn to (or affirmed) before me on February 3 , 20 20 , by
Khali Malik Bey _____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

**GLORIA GONZALEZ**
COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024

(seal)

_____
Signature

REGISTERED, PROTECTED & MONITORED BY



© Copyrighted.com

# CERTIFICATE
## OF REGISTRATION



## Laila Amoor Taylor

**Registration number**

O0Bg3F4pW4WUvoH5

**Registration date**

December 14, 2019 at 10:56 PM

**Nature of work**

Literary work

**Description**

My offspring name I am the beneficial owner

**Attached files**

0

**Work status**

Active

**Account status**

Non-verified

All original content submitted along with this work registration is created by the work owner or published under permission including but not limited to text, design, code, images, photographs and videos are considered to be the Intellectual Property of the work owner and are protected by copyrighted.com using the Digital Millennium Copyright Act Title 17 Chapter 512 (c)(3). Reproduction or re-publication of this content is prohibited without permission.

Registered, Protected & Monitored by Copyrighted.com © 2019



**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

Los Angeles County Registrar-Recorder/County Clerk

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

_____**03rd**_____ day of _____**February**_____ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CATRICE DANIELS, Deputy County Clerk

BRF03-3/3/2009

P.O. Box 1208, Norwalk, CA 90651-1208

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, ᵀᴹ KHALI MALIK BEY© _____ [name of custodian of original document], hereby swear (or affirm) that the attached reproduction of Notice of Hearing on Petition [description of original document] is a true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the truthfulness, accuracy, and validity of the forgoing statement.

ᵀᴹ KHALI MALIK BEY© _____     02/03/2020 _____
Custodian's Signature                                              Date

Custodian's Address: 3023 S Western Avenue ofc Los Angeles California 90018-3474

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles

Subscribed and sworn to (or affirmed) before me on February 3 , 2020 , by Khali Malik Bey _____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

GLORIA GONZALEZ
COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024
(seal)

_____
Signature

COURT NUMBER:

NAME(S):

jant - Kaniyah Campbell - Ky'on Taylor - Laila Taylor - Paris Sims - Ra'Jaih

19CCJP07865B - 19CCJP07865C - 19CCJP07865D - 19CCJP07865E - 19CCJP07865A - 19CCJP07865F

If there are any questions pertaining to the above information, please contact:

Ime Attah

*A true copy of the petition is attached to this notice.*

YES [X]   NO [ ]

*A copy of the Social Worker's report is attached to this notice.*

YES [X]   NO [ ]

Date:   December 26, 2019

Ime Attah

**Ime Attah**

(TYPE OR PRINT NAME)

(ELECTRONIC SIGNATURE)

THE SOCIAL WORKER RECOMMENDS:

At the hearing, DCFS may possibly recommend that no reunification services be offered.  This could result in the immediate referral of your child to a permanent plan and could also lead to your child being adopted.  Even if DCFS does not recommend that reunification services be denied, the Court may still decide not to offer you reunification services.  This could result in the immediate referral of your child to a permanent plan and could lead also lead to your child being adopted.

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CT-NOTPET (Rev 12/93)

**NOTICE ON HEARING PETITION**

Confidential in accordance with
Penal Code Section 11167.5 and/or
WIC Sections 827 and 10850

This page is part of your document - DO NOT DISCARD



# 20190567739



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

06/14/19 AT 04:16PM

Pages:
0002

| FEES: | 17.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 92.00 |



LEADSHEET



201906143330101

00016745327



009897320

SEQ:
01

DAR - Counter (Upfront Scan)





**ATEMENT**



05/14/2019

*20190567739*

NTACT AT FILER (optional)

FILER (optional)

mail.com

DGMENT TO:   (Name and Address)

Y CHRISTOPHER TAYLOR
E OF 3023 S. Western Avenue Apt 218
eles, California-90018
LAND NORTH AMERICA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

R'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's
 not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| RGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | TIMOTHY | CHRISTOPHER | | |
| b. INDIVIDUAL'S SURNAME | CITY | STATE | POSTAL CODE | COUNTRY |
| TAYLOR | Los Angeles | Ca | 90018 | uSR |

MAILING ADDRESS
023 S. Western Avenue Apt 218

DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's
name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2b. INDIVIDUAL'S SURNAME | CITY | STATE | POSTAL CODE | COUNTRY |

c. MAILING ADDRESS

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| OR 3b. INDIVIDUAL'S SURNAME | ~~Khali~~ Khali | ~~Christopher~~ | | |
| ~~Taylor~~ Bey | CITY | STATE | POSTAL CODE | COUNTRY |
| | Los Angeles | CA | 90018 | uSR |

3c. MAILING ADDRESS
3023 S. Western Avenue Apt 218

4. COLLATERAL: This financing statement covers the following collateral:
ALL PERSONAL PROPERTY ALL ASSETS BC 11219870025727 315918516 081000045

ANY AND ALL EQUIPMENT, FIXTURES, INVENTORY, GOODS AND SOFTWARE FINANCED BY OR
LEASED FROM ANY FINANCIAL SERVICES AND THAT ARE SUBJECT OF AN AGREEMENT
BETWEEN DEBTOR AND ANY FINANCIAL SERVICE, OF ANY KIND OR NATURE WHATSOEVER
WHEREVER LOCATED, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, AND ALL
RETURNS, REPOSSESSIONS, SUBSTITUTIONS, REPLACEMENT PARTS, ADDITIONS, ACCESSOR
AND ACCESSIONS THERETO AND THEREOF, AND ALL PROCEEDS THEREOF.
ANY AND ALL OF DEBTOR'S ACCOUNTS, MONEY, GENERAL INTANGIBLES, INSTRUMENTS,
DOCUMENTS AND CHATTEL PAPER.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)



**Los Angeles County Registrar-Recorder/County Clerk**

DEAN C. LOGAN
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA        )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA  GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

____**03rd**____ day of ____**February**____, 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CATRICE DANIELS, Deputy County Clerk

BRF03-3/3/2009



## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, ___™ KHALI MALIK BEY©___ [name of
custodian of original document], hereby swear (or affirm) that the attached reproduction
of ___Certificate of Registration___ [description of original document] is a
true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the
truthfulness, accuracy, and validity of the forgoing statement.

___™KHALI MALIK BEY©___                    ___02/03/2020___
Custodian's Signature                              Date

Custodian's Address: ___3023 S Western Avenue Ofc Los Angeles California 90018-3474___

---

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA
COUNTY OF ___Los Angeles___

Subscribed and sworn to (or affirmed) before me on ___February 3___, 20___20___, by
___Khali Malik Bey___
proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

GLORIA GONZALEZ
COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024
(seal)

___Gloria Gonzalez___
Signature

REGISTERED, PROTECTED & MONITORED BY

 Copyrighted.com

# CERTIFICATE
## OF REGISTRATION



## Aaniyjah Makeela Mychelle Gant

**Registration number**

upZjGlTRsh9vKtEs

**Registration date**

December 14, 2019 at 10:38 PM

**Nature of work**

Literary work

**Description**

Offspring name

**Attached files**

0



**Work status**

Active

**Account status**

Non-verified

All original content submitted along with this work registration is created by the work owner or published under permission including but not limited to text, design, code, images, photographs and videos are considered to be the Intellectual Property of the work owner and are protected by copyrighted.com using the Digital Millennium Copyright Act Title 17 Chapter 512 (c)(3). Reproduction or re-publication of this content is prohibited without permission.

Registered, Protected & Monitored by Copyrighted.com © 2019



Los Angeles County Registrar-Recorder/County Clerk

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA        )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA  GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

___**03rd**___ day of ___**February**___ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

CATRICE DANIELS, Deputy County Clerk

BRF03-3/3/2009

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, ___TM KHALI MALIK BEY©_____ [name of custodian of original document], hereby swear (or affirm) that the attached reproduction of _Fully Authenticated Birth Certificate___ [description of original document] is a true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the truthfulness, accuracy, and validity of the forgoing statement.

___TM KHALI MALIK BEY©_____          __02/03/2020_____
Custodian's Signature                                    Date

Custodian's Address: 3023 S Western Avenue Ofc Los Angeles California 90018-3474

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles

Subscribed and sworn to (or affirmed) before me on _February 3_, 20_20_, by _Khali Malik Bey_____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

GLORIA GONZALEZ
COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024
(seal)

_____
Signature

20014581-3

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Illinois, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixth day of January, 2020.

*Issued pursuant to CHXIV. State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By _____

Assistant Authentication Officer,
Department of State



# STATE OF ILLINOIS

## SECRETARY OF STATE

COUNTRY OF DESTINATION :  TAIWAN

## CERTIFICATE

1. Country:                          United States of America

This public document

2. has been signed by          DAVID ORR

3. acting in the capacity of     COUNTY CLERK   COOK COUNTY

4. bears the seal/stamp of  STATE OF ILLINOIS

Certified

5. at       SPRINGFIELD, ILLINOIS

6. the       MAY 11, 2017

7. by                           Secretary of State, State of Illinois

8. No.                        S17VB021172

9. Seal/Stamp :

10. Signature:



*Jesse White*

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

This Certification only certifies the signature and the seal or stamp it bears. It does not certify content of the document for which it was issued.
THIS CERTIFICATION IS NOT VALID WITHIN THE UNITED STATES OF AMERICA

♲ Printed on recycled paper. Printed by authority of the State of Illinois. February 2017 — 80M — I.168.4

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
### CERTIFICATION OF BIRTH
### STATE FILE NUMBER: 112-1987 0025727

NAME: TIMOTHY CHRISTOPHER TAYLOR

DATE OF BIRTH: MARCH 27, 1987         SEX: MALE

PLACE OF BIRTH: PROVISO TWP, COOK COUNTY, ILLINOIS

NAME OF MOTHER/CO-PARENT(MAIDEN): DELAINIE L DUNN

PLACE OF BIRTH OF MOTHER/CO-PARENT: ILLINOIS, UNITED STATES    AGE: 18

NAME OF FATHER/CO-PARENT (MAIDEN):

PLACE OF BIRTH OF FATHER/CO-PARENT:             AGE:

DATE FILED: MARCH 31, 1987        DATE ISSUED: 02/27/2017

0036033g

4502944

**County of Cook**
**State of Illinois**

## Office of County Clerk
## David Orr



DAVID ORR    COUNTY CLERK

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.



**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**



**Los Angeles County Registrar-Recorder/County Clerk**

DEAN C. LOGAN
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

___04th___ day of ___**February**___ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____
MIGUEL MACIAS, Deputy County Clerk

BRF03-3/3/2009



## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, <u>ᵀᴹKHALI MALIK BEY©</u> _____ [name of
custodian of original document], hereby swear (or affirm) that the attached reproduction
of <u>Our Authority 10105905</u> [description of original document] is a
true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the
truthfulness, accuracy, and validity of the forgoing statement.

<u>ᵀᴹKHALI MALIK BEY©</u> _____     <u>02/04/2020</u>
Custodian's Signature                           Date

Custodian's Address: <u>3023 S western Avenue #FC Los Angeles California 90018 - 3474</u>

> A notary public or other officer completing this certificate verifies only the identity of the
> individual who signed the document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF <u>Los Angeles</u>

Subscribed and sworn to (or affirmed) before me on <u>February 4</u> , 20 <u>20</u> , by
<u>Khali Malik Bey</u> _____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

GLORIA GONZALEZ
COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024
(seal)

_____
Signature

(Copy)

Book 521        Page 579

State of Illinois, Cook County ss. No. 10105905

Filed for Records

Corporation,-Religious-Affidavit of Organization      Form No. 1099

State of Illinois

County of COOK

s.s.

1928 Aug 1 P.M. 2:52

And Recorded In

Book            Page

Salomee Jasconowskic      Recorder

I NOBLE DREW ALI ...............................................................................

do solemnly swear that at a meeting of the members of the MOORISH SCIENCE

TEMPLE OF AMERICA.......................Held at..............................................

Chicago .....................In the County of Cook........... and the State of Illinois,

on the..........................20th ..................day of...............................................

July ..............................A.D. 1928, for that purpose, the following persons were

appointed.....................SHEIKS ...........of the MOORISH SCIENCE TEMPLE

OF AMERICA according to the rules and usages of such MEALY EL, SMALL

BEY, LOVETT BEY and FOREMAN BEY.

The Moorish Science Temple of America deriving its power and authority from

the Great Koran of Mohammed to propagate the faith and extend the learning

and the truth of the Great Prophet of Ali, in America.

To anoint appoint, and consecrate missionaries of the prophet and to establish

the faith of Mohammed in America.

and said Moorish Science Temple of America adopted as its corporate name the

following, Moorish Science Temple of America and at said meeting, This affiant

acted as Presiding Officer.

Subscribed and Sworn to Before me,

.....................20th.......................day

.....................of July.......... A.D. 1928

Drew Ali ...........................

Roberta W. Counull



Los Angeles County Registrar-Recorder/County Clerk

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA        )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY
THAT **GLORIA GONZALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of
California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the
acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing
executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident
to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and
it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being
of record in this office.

(Valid only if the certification bears the
embossed Seal of the Registrar-
Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and
have hereunto set my hand and affixed the seal of
said County this

___04th___ day of ___February___ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

MIGUEL MACIAS, Deputy County Clerk

BRF03-3/3/2009

LAvote.net

P.O. Box 1208, Norwalk, CA 90651-1208



## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, ᵀᴹKHALI  MALIK BEY© _____ [name of
custodian of original document], hereby swear (or affirm) that the attached reproduction
of State nt Minnesota Charter _____ [description of original document] is a
true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the
truthfulness, accuracy, and validity of the forgoing statement.

ᵀᴹKHALI MALIK BEY© _____          02/04/2020
**Custodian's Signature**                              **Date**

**Custodian's Address:** 3623 S Western Avenue Ofc. Los Angeles California 90018-3474

---

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA
COUNTY OF Los Angeles

Subscribed and sworn to (or affirmed) before me on February  4 , 20 20 , by
Khali  Malik Bey _____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

GLORIA GONZALEZ
COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024

(seal)

_____
**Signature**

# State of Minnesota - Secretary of State

This Certificate is not valid for use anywhere within the United States of America, its territories or possessions.

## Apostille
(Convention de La Haye du 5 Octobre 1961)

1. Country (Pays): **United States of America**

   This public document (Le présent acte public) **Certificate of Existence and Registration**

2. has been signed by (a été signé par) **Steven Simon**

3. acting in the capacity of (agissant en qualité de) **Secretary of State, State of Minnesota**

4. bears the seal / stamp of  (est revêtu du sceau / timbre de)
   **Steven Simon, Secretary of State, State of Minnesota**

### Certified
### Attesté

5. at (á) **St. Paul, Minnesota**

6.  **Date** (Date) **12/19/2019**

7. by (par) **Secretary of State, State of Minnesota**

8.  **File No** (Sous nº) **1126055700038**

9. Seal / Stamp (Sceau / Timbre):

10. **Signature** (Signature):



Jake Spano

Deputy Secretary of State
State of Minnesota

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
To verify the issuance of this Apostille, see **https://apostille.sos.state.mn.us**.
**This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the convention. In such cases, the certificate should be presented to the consular section of the mission representing that country.**

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire del  'acte a agi et, le cas échéant, l 'identité du sceau ou timbre dont l'acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Cette Apostille peut être vérifiée à l 'adresse suivante:**https://apostille.sos.state.mn.us**. **Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961, lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté `a la section consulaire de la mission qui représente ce pays.**



## Office of the Minnesota Secretary of State
### Certificate of Existence and Registration

I, Steve Simon, Secretary of State of Minnesota, do certify that: The entity listed below was filed under the chapter of Minnesota Statutes listed below with the Office of the Secretary of State on the date listed below and that this entity or filing is registered at the time this certificate has been issued.

Name:                                    TIMOTHY CHRISTOPHER TAYLOR

Date Filed:                              08/02/2018

File Number:                             1026605500026

Minnesota Statutes, Chapter:             333

Home Jurisdiction:                       Minnesota

This certificate has been issued on:     12/11/2019



*Steve Simon*

Steve Simon
Secretary of State
State of Minnesota



Los Angeles County Registrar-Recorder/County Clerk

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **GLORIA GONALEZ** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

_____**13th**_____ day of _____**February**_____ , 2020

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

SOOKMIN CHANG, Deputy County Clerk

BRF03-3/3/2009

COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, ᵀʰ KHALI MALIK BEY©
custodian of original document], hereby swear (or affirm) that the attached reproduction [name of
of form 56 of Victor H Greenburg School Will [description of original document] is a
true, correct and complete photocopy of a document in my possession.

Under penalty of perjury under the laws of the state of California, I attest to the
truthfulness, accuracy, and validity of the forgoing statement.

ᵀʰ KHALI MALIK BEY©
Custodian's Signature

02/13/2020
Date

Custodian's Address: MST of A 30775 Western Avenue #C Los Angeles California 90018-3474

---

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA
COUNTY OF Los Angeles

Subscribed and sworn to (or affirmed) before me on February 13, 20 20, by
Khali Malik Bey
proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

GLORIA GONZALEZ
(seal) COMM # 2314674
Los Angeles County
California Notary Public
Comm Exp Jan 2, 2024

Signature

Copy Certification By Document Custodian - California (2015)

**Form 56**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship
(Internal Revenue Code Sections 6036 and 6903)
▶ Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

## Part I   Identification

Name of person for whom you are acting (as shown on the tax return)
TU  TIMOTHY CHRISTOPHER TAYLOR Ⓞ

Identifying number
82 6256092

Decedent's social security no.
326 78 6754

Address of person for whom you are acting (number, street, and room or suite no.)
Moorish Science Temple of America

City or town, state, and ZIP code (if a foreign address, see instructions.)
Los Angeles Territory, California Republic [90018-3474]

Fiduciary's name
Sabina Helton and her successor

Address of fiduciary (number, street, and room or suite no.)
201 Centre Plaza Drive

City or town, state, and ZIP code
Monterey Park, CA 91754

Telephone number (optional)
(      )

## Section A.  Authority

1  Authority for fiduciary relationship. Check applicable box:
a  ☑ Court appointment of testate estate (valid will exists)
b  ☐ Court appointment of intestate estate (no valid will exists)
c  ☐ Court appointment as guardian or conservator
d  ☐ Fiduciary of intestate estate · RCCJPOT6436   14CCJPOT865C
e  ☐ Valid trust instrument and amendments                    RCCJPOT8GD  19CCJPOT865
f  ☐ Bankruptcy or assignment for the benefit or creditors  any and all tax liability   14CCJPOT86GA  14CCJPOT86F
g  ☑ Other. Describe ▶ eldership acknowledgment and commercial bond and surety of item 295
If box 1a, 1b, or 1d is checked, enter the date of death ▶ 02/31/1957
If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

## n B.  Nature of Liability and Tax Notices

Type of taxes (check all that apply): ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶ All fines noted pursuant to THE 31 USC 321

der tax form number (check all that apply):  a ☐ 706 series  b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
☐ 1040 or 1040-SR   f ☐ 1041   g ☐ 1120  h ☐ Other (list) ▶ 1099a, 1099c, any and all forms that Enter

ur authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . . ▶ ☐
list the specific years or periods ▶

k Reduction Act and Privacy Act Notice, see separate Instructions.

Cat. No. 16375I

Form 56 (Rev. 12-2019)



Form 56 (Rev. 12-2016)                                                                                                    Page **2**

**Part II    Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

6    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
     Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  ▶ ☐
     Reason for termination of fiduciary relationship. Check applicable box:

a    ☐ Court order revoking fiduciary authority

b    ☐ Certificate of dissolution or termination of a business entity Alcy Padilla, and Xavier Bacerra

c    ☑ Other. Describe ▶ Once the case is closed and settled. Sabina Helton, will be terminated and Secretary of Treasury Steven
     T. Mnuchin will name the fiduciary duties and obligations perpetually, have other

### Section B—Partial Revocation

7a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
     for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ▶ ☐

b    Specify to whom granted, date, and address, including ZIP code.
     ▶

### Section C—Substitute Fiduciary

8    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
     specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☐
     ▶ Secretary of Treasury Steven T. Mnuchin, Alex Padilla and Xavier Barerra

**Part III    Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency): Superior Court of California, County of Los Angeles CHILDRENS COURT EDMUND P EDELMAN | Date proceeding initiated: December 04, 2019 |
|---|---|
| Address of court: 201 Centre Plaza Drive | Docket number of proceeding: 19CCJP06658 19CCJP06658A 19CCJP06658B 19CCJP06658C 19CCJP06658D 19CCJP06658E 19CCJP06658F |
| City or town, state, and ZIP code: Monterey Park, CA 91754 | Date: 02/06/2020 | Time: 8:00 ☑ a.m. ☐ p.m. | Place of other proceedings |

**Part IV    Signature**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my
knowledge and belief, it is true, correct, and complete.

▶ Sabina Helton  or  her Successor         Judge                    02-06-2020
   Fiduciary's signature                    Title, if applicable     Date

Form **56** (Rev. 12-2011)

**Form 56** (Rev. November 2017) — Department of the Treasury, Internal Revenue Service

**Notice Concerning Fiduciary Relationship**

▶ Go to www.irs.gov/Form56 for instructions and the latest information.

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I — Identification

Name of person for whom you are acting (as shown on the tax return)
**TIMOTHY CHRISTOPHER TAYLOR ©**

Identifying number: **82 6256092**

Decedent's social security no.: **84 6094363**

Address of person for whom you are acting (number, street, and room or suite no.)
℅ M.S.T. of A. 3023 S. Western Ave Ofc

City or town, state, and ZIP code (If a foreign address, see instructions.)
Los Angeles, California 90018-3474

Fiduciary's name:
Victor H. Greenberg Head Hodgepodge At Edmund D. Edelman Childrens Court or his successor

Address of fiduciary (number, street, and room or suite no.)
201 Centre Plaza Drive Dept. 400

City or town, state, and ZIP code
Monterey Park, CA 91754

Telephone number (optional): ( 562 ) 753-0590

### Section A. Authority

1  Authority for fiduciary relationship. Check applicable box:
a ☒ Court appointment of testate estate (valid will exists)
b ☐ Court appointment of intestate estate (no valid will exists)
c ☐ Court appointment as guardian or conservator
d ☐ Valid trust instrument and amendments
e ☒ Bankruptcy or assignment for the benefit of creditors
f ☒ Other. Describe ▶

2a  If box 1a or 1b is checked, enter the date of death ▶
b  If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B. Nature of Liability and Tax Notices

3  Type of taxes (check all that apply): ☐ Income  ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment  ☐ Excise  ☒ Other (describe) ▶ All those listed pursuant to Title 31 USC 321

4  Federal tax form number (check all that apply): a ☐ 706 series  b ☐ 709  c ☐ 940  d ☐ 941, 943, 944  e ☐ 1040, 1040-A, or 1040-EZ  f ☐ 1041  g ☐ 1120  h ☐ Other (list) ▶

If your authority as a fiduciary does not cover all years or tax periods, check here and list the specific years or periods ▶  ☐

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.

Cat. No. 16375I

Form **56** (Rev. 11-2017)

Form 56 (Rev. 11-2017)

Page **2**

**Part [ ]**  **Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

6  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

a  ☐ Court order revoking fiduciary authority

b  ☐ Certificate of dissolution or termination of a business entity

c  ☑ Other. Describe ▶  Once the cases closed and settled have Yost Ohio Attorney General and Attorney General
Keith Ellison of Minnesota is in charge of protecting my workers and the case.

### Section B—Partial Revocation

7a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . ▶ ☐

b  Specify to whom granted, date, and address, including ZIP code.
▶

### Section C—Substitute Fiduciary

8  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☐
▶  Dave Yost Ohio Attorney General and Keith Ellison

**Part [ ]**  **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) Superior Court of California, County of Los Angeles, EDMUND, D. EDELMAN CHILDRENS COURT | Date proceeding Initiated December 11, 2019 | |
|---|---|---|
| Address of court 201 Centre Plaza Drive Dept 400 | Docket number of proceeding 19CCJP07865A 19CCJP07865C 19CCJP07865E 19CCJP07865B 19CCJP07865D 19CCJP07865D | |
| City or town, state, and ZIP code Monterey Park, CA 91754 | Date 02/06/2020 | Time 8:00 ☑ a.m. ☐ p.m. | Place of other proceedings |

**Part [ ]**  **Signature**

Please sign here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ VICTOR H. GREENBERG
Fiduciary's signature

Head Magistrate
Title, if applicable

01/27/2020
Date

Form **56** (Rev. 11-2017)

Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018. All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**FROM:** Dejure Ambassador
Private Attorney General
℅ 4001 Wilshire Blvd F122
Los Angeles, California 90010

**TO:**
℅ Ivivy Grey
350 W. 1st St. Suite 4311
Los Angeles, California 90012

schedule free
kage Pickup,
the QR code.

USPS.COM/PICKUP

UNITED STATES
POSTAL SERVICE.

Retail

**P**  US POSTAGE PAID

**$7.75**

Origin: 90007
10/07/20
0545110007-07

PRIORITY MAIL 1-DAY®

1 Lb 6.80 Oz

1006

C058

EXPECTED DELIVERY DAY:  10/08/20

SHIP
TO:  350 W 1ST ST
STE 4311
Los Angeles CA 90012-4565

USPS TRACKING® NUMBER

▪ Date of deli
▪ USPS TRAC
  international
▪ Limited inter
▪ Pick up avai
▪ Order suppl
▪ When used
  declaration
* Domestic o

9505 5160 3188 0281 4325 28

PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.

PRI
M

This envelope is made from post-consumer waste. Please recycle - again.